≈AO 240 (Rev. 10/03)

# UNITED STATES DISTRICT COURT

_____CENTRAL_____ **District of** _____MASSACHUSETTS_____

Derek Sincere Black Wolf Cryer

Plaintiff

V.

Massachusetts Dept. of Corrections,
Kathleen Dennehy, Commissioner et al

Defendant

**APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT**

CASE NUMBER: 05-11289 RCL

I, _Derek Sincere Black Wolf Cryer_ declare that I am the (check appropriate box)

☒ petitioner/plaintiff/movant     ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?  ☒ Yes  ☐ No  (If "No," go to Part 2)

    If "Yes," state the place of your incarceration _SHIRLEY MASSACHUSETTS_

    Are you employed at the institution? _NO_   Do you receive any payment from the institution? _NO_

    Attach a ledger sheet from the institution(s) of your incarceration showing at least the past **six** months' transactions.

2. Are you currently employed?  ☐ Yes  ☒ No

    a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

    b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer. April 11, 2005 date of last employment / I made $5.00 a week for seven work days / Mike Nataro is the job assignment officer here at MCI Shirley Medium.

3. In the past 12 twelve months have you received any money from any of the following sources?

    a. Business, profession or other self-employment   ☐ Yes  ☒ No
    b. Rent payments, interest or dividends            ☐ Yes  ☒ No
    c. Pensions, annuities or life insurance payments  ☐ Yes  ☒ No
    d. Disability or workers compensation payments     ☐ Yes  ☒ No
    e. Gifts or inheritances                           ☒ Yes  ☐ No
    f. Any other sources                               ☐ Yes  ☒ No

    If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

   The only gift's I ever receive is for my Birthday. Whenever I need money I'll have to call my Sister and ask her if she can send some so that I can buy necessities.

4. Do you have **any** cash or checking or savings accounts?   ☑ Yes    ☐ No

   If "Yes," state the total amount. ~~$19.01~~ $120.25

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?   ☐ Yes   ☑ No

   If "Yes," describe the property and state its value.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support. The only persons that I support whenever I can are three (3) children that from the "FEED THE CHILDREN" network. I would send them or try to send them $8.00 a month but when I lost my institutional job, I couldn't afford to pay any longer. I would also help pay a phone bill to the persons who help me make phone calls to the courts for information as well as calls to religious organizations as I am unable to make such calls.

I declare under penalty of perjury that the above information is true and correct.

_June 8, 2005_                    _Derek Sincere Black Wolf Cryer_
Date                              Signature of Applicant

**NOTICE TO PRISONER:** A Prisoner seeking to proceed IFP shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

# COMMONWEALTH OF MASSACHUSETTS
# DEPARTMENT OF CORRECTION
## Inmate Transaction Report

Date : 20050609 10:42

| | | | | | Page : 1 |
|---|---|---|---|---|---|
| Commit# : | W55424 | | MCI SHIRLEY (MEDIUM) | | |
| Name : | CRYER, DEREK, , | | Statement From | 20041201 | |
| Inst : | MCI SHIRLEY (MEDIUM) | | To | 20050609 | |
| Block : | C-2 | | | | |
| Cell/Bed : | 30 /30B | | | | |

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
|---|---|---|---|---|---|---|---|---|---|
| | | | | Total Transaction before this Period : | | $4,467.42 | $4,380.74 | $41.20 | $41.20 |
| 20041201 23:03 | PY - Payroll | 3752924 | | SHI | ~20041114 To 20041120 | $5.00 | $0.00 | $0.00 | $0.00 |
| 20041202 08:31 | ML - Mail | 3757115 | | SHI | ~TRAV EXP 53744840600 ~CRYER-GREEN, KIM, , | $100.00 | $0.00 | $0.00 | $0.00 |
| 20041202 08:31 | MA - Maintenance and Administration | 3757116 | | SHI | ~Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20041207 17:00 | IS - Interest | 3781072 | | SHI | | $0.27 | $0.00 | $0.00 | $0.00 |
| 20041207 22:30 | CN - Canteen | 3793893 | | SHI | ~Canteen Date : 20041207 | $0.00 | $52.40 | $0.00 | $0.00 |
| 20041208 23:05 | PY - Payroll | 3803654 | | SHI | ~20041121 To 20041127 | $5.00 | $0.00 | $0.00 | $0.00 |
| 20041214 22:30 | CN - Canteen | 3828578 | | SHI | ~Canteen Date : 20041214 | $0.00 | $36.56 | $0.00 | $0.00 |
| 20041215 23:04 | PY - Payroll | 3838185 | | SHI | ~20041128 To 20041204 | $5.00 | $0.00 | $0.00 | $0.00 |
| 20041221 08:56 | ML - Mail | 3859104 | | SHI | ~TRAV EXP# 53744843450~CRYER-GREEN, KIM, , | $100.00 | $0.00 | $0.00 | $0.00 |
| 20041221 22:30 | CN - Canteen | 3863721 | | SHI | ~Canteen Date : 20041221 | $0.00 | $55.18 | $0.00 | $0.00 |
| 20041222 23:04 | PY - Payroll | 3874995 | | SHI | ~20041205 To 20041211 | $5.00 | $0.00 | $0.00 | $0.00 |
| 20041224 09:12 | ML - Mail | 3885483 | | SHI | ~WU# 08225871640~BROOME, HATTIE, , | $25.00 | $0.00 | $0.00 | $0.00 |
| 20041228 22:30 | CN - Canteen | 3897589 | | SHI | ~Canteen Date : 20041228 | $0.00 | $23.28 | $0.00 | $0.00 |
| 20041229 23:03 | PY - Payroll | 3908126 | | SHI | ~20041212 To 20041218 | $5.00 | $0.00 | $0.00 | $0.00 |
| 20050104 22:30 | CN - Canteen | 3927378 | | SHI | ~Canteen Date : 20050104 | $0.00 | $38.62 | $0.00 | $0.00 |
| 20050105 23:03 | PY - Payroll | 3938565 | | SHI | ~20041219 To 20041225 | $5.00 | $0.00 | $0.00 | $0.00 |
| 20050112 23:04 | PY - Payroll | 3971880 | | SHI | ~20041226 To 20050101 | $5.00 | $0.00 | $0.00 | $0.00 |
| 20050113 17:06 | IS - Interest | 3982162 | | SHI | | $0.38 | $0.00 | $0.00 | $0.00 |
| 20050118 10:20 | EX - External Disbursement | 4003463 | 47445 | SHI | ~CHARITY~FEED THE CHILDREN | $0.00 | $8.00 | $0.00 | $0.00 |
| 20050118 10:20 | MA - Maintenance and Administration | 4003464 | | SHI | ~Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20050118 22:30 | CN - Canteen | 4008014 | | SHI | ~Canteen Date : 20050118 | $0.00 | $35.55 | $0.00 | $0.00 |
| 20050119 23:05 | PY - Payroll | 4015930 | | SHI | ~20050102 To 20050108 | $5.00 | $0.00 | $0.00 | $0.00 |
| 20050125 08:13 | ML - Mail | 4031342 | | SHI | ~TRAV EXP# 53744848586~CRYER-GREEN, KIM, , | $200.00 | $0.00 | $0.00 | $0.00 |
| 20050125 22:30 | CN - Canteen | 4035938 | | SHI | ~Canteen Date : 20050125 | $0.00 | $28.38 | $0.00 | $0.00 |
| 20050126 23:03 | PY - Payroll | 4045098 | | SHI | ~20050109 To 20050115 | $5.00 | $0.00 | $0.00 | $0.00 |
| 20050127 09:53 | EX - External Disbursement | 4049823 | 47536 | SHI | ~RELIGIOUS ITEMS (1 BLACK & 1 RED HEADBANDS)~SILVER HAWK | $0.00 | $13.00 | $0.00 | $0.00 |
| 20050127 12:30 | CI - Transfer from Club to Inmate A/c | 4050380 | | SHI | ~CANTEEN REFUND 1/11/05~W55424 CRYER,DEREK PERSONAL~KCN WASH ACCOUNT - Z5 | $0.90 | $0.00 | $0.00 | $0.00 |
| 20050127 13:00 | EX - External Disbursement | 4050464 | 47535 | SHI | ~BOOK~EDWARD R. HAMILTON BOOKSELLER | $0.00 | $11.45 | $0.00 | $0.00 |

# COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
### Inmate Transaction Report

Date: 20050609 10:42

Page: 2

| Commit# : | W55424 | | MCI SHIRLEY (MEDIUM) | |
|---|---|---|---|---|
| Name : | CRYER, DEREK, , | | Statement From | 20041201 |
| Inst : | MCI SHIRLEY (MEDIUM) | | To | 20050609 |
| Block : | C-2 | | | |
| Cell/Bed : | 30 /30B | | | |

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
|---|---|---|---|---|---|---|---|---|---|
| 20050128 14:57 | CI - Transfer from Club to Inmate A/c | 4055457 | | SHI | ~CANTEEN REFUND 1/25/05~W55424 CRYER,DEREK PERSONAL~KCN WASH ACCOUNT - Z5 | $18.50 | $0.00 | $0.00 | $0.00 |
| 20050201 22:30 | CN - Canteen | 4069900 | | SHI | ~Canteen Date : 20050201 | $0.00 | $48.53 | $0.00 | $0.00 |
| 20050202 23:05 | PY - Payroll | 4078079 | | SHI | ~20050116 To 20050122 | $5.00 | $0.00 | $0.00 | $0.00 |
| 20050208 22:30 | CN - Canteen | 4101854 | | SHI | ~Canteen Date : 20050208 | $0.00 | $27.86 | $0.00 | $0.00 |
| 20050209 16:46 | IS - Interest | 4112250 | | SHI | | $0.44 | $0.00 | $0.00 | $0.00 |
| 20050209 23:05 | PY - Payroll | 4128225 | | SHI | ~20050123 To 20050129 | $5.00 | $0.00 | $0.00 | $0.00 |
| 20050216 23:06 | PY - Payroll | 4160874 | | SHI | ~20050130 To 20050205 | $5.00 | $0.00 | $0.00 | $0.00 |
| 20050222 22:30 | CN - Canteen | 4181133 | | SHI | ~Canteen Date : 20050222 | $0.00 | $9.50 | $0.00 | $0.00 |
| 20050223 23:04 | PY - Payroll | 4189858 | | SHI | ~20050206 To 20050212 | $5.00 | $0.00 | $0.00 | $0.00 |
| 20050301 22:30 | CN - Canteen | 4211705 | | SHI | ~Canteen Date : 20050301 | $0.00 | $30.71 | $0.00 | $0.00 |
| 20050302 23:04 | PY - Payroll | 4221497 | | SHI | ~20050213 To 20050219 | $5.00 | $0.00 | $0.00 | $0.00 |
| 20050309 23:04 | PY - Payroll | 4256703 | | SHI | ~20050220 To 20050226 | $5.00 | $0.00 | $0.00 | $0.00 |
| 20050315 16:53 | IS - Interest | 4282358 | | SHI | | $0.58 | $0.00 | $0.00 | $0.00 |
| 20050316 23:06 | PY - Payroll | 4304241 | | SHI | ~20050227 To 20050305 | $5.00 | $0.00 | $0.00 | $0.00 |
| 20050317 08:06 | ML - Mail | 4308392 | | SHI | ~TRAV EXP# 53740421856~CRYER-GREEN, KIM, , | $100.00 | $0.00 | $0.00 | $0.00 |
| 20050317 08:06 | MA - Maintenance and Administration | 4308393 | | SHI | ~Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20050322 22:30 | CN - Canteen | 4326396 | | SHI | ~Canteen Date : 20050322 | $0.00 | $32.00 | $0.00 | $0.00 |
| 20050323 23:04 | PY - Payroll | 4336051 | | SHI | ~20050306 To 20050312 | $5.00 | $0.00 | $0.00 | $0.00 |
| 20050325 09:47 | EX - External Disbursement | 4346407 | 48205 | SHI | ~DONATION~FEED THE CHILDREN | $0.00 | $16.00 | $0.00 | $0.00 |
| 20050328 13:16 | CI - Transfer from Club to Inmate A/c | 4351777 | | SHI | ~CANTEEN REFUND 3/22/05~W55424 CRYER,DEREK PERSONAL~KCN WASH ACCOUNT - Z5 | $3.70 | $0.00 | $0.00 | $0.00 |
| 20050329 22:30 | CN - Canteen | 4357958 | | SHI | ~Canteen Date : 20050329 | $0.00 | $44.99 | $0.00 | $0.00 |
| 20050330 23:07 | PY - Payroll | 4367390 | | SHI | ~20050313 To 20050319 | $5.00 | $0.00 | $0.00 | $0.00 |
| 20050405 22:30 | CN - Canteen | 4394363 | | SHI | ~Canteen Date : 20050405 | $0.00 | $49.40 | $0.00 | $0.00 |
| 20050406 23:04 | PY - Payroll | 4404960 | | SHI | ~20050320 To 20050326 | $5.00 | $0.00 | $0.00 | $0.00 |
| 20050408 09:58 | EX - External Disbursement | 4416870 | 48369 | SHI | ~PUBLIC RECORDS INFO REQUEST #04-119 ~COMMONWEALTH OF MASSACHUSETTS | $0.00 | $87.00 | $0.00 | $0.00 |
| 20050408 09:58 | MA - Maintenance and Administration | 4416872 | | SHI | ~Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20050408 16:47 | IS - Interest | 4422321 | | SHI | | $0.72 | $0.00 | $0.00 | $0.00 |
| 20050413 23:05 | PY - Payroll | 4455864 | | SHI | ~20050327 To 20050402 | $5.00 | $0.00 | $0.00 | $0.00 |

# COMMONWEALTH OF MASSACHUSETTS
# DEPARTMENT OF CORRECTION
## Inmate Transaction Report

Date : 20050609 10:42

| | | |
|---|---|---|
| Commit# : | W55424 | MCI SHIRLEY (MEDIUM) |
| Name : | CRYER, DEREK, , | Statement From 20041201 |
| Inst : | MCI SHIRLEY (MEDIUM) | To 20050609 |
| Block : | C-2 | |
| Cell/Bed : | 30 /30B | |

Page : 3

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
|---|---|---|---|---|---|---|---|---|---|
| 20050420 23:14 | PY - Payroll | 4486580 | | SHI | ~20050403 To 20050409 | $5.00 | $0.00 | $0.00 | $0.00 |
| 20050422 10:20 | EX - External Disbursement | 4496829 | 48562 | SHI | ~TELEPHONE BILL ~VANESSA SWEENEY | $0.00 | $50.00 | $0.00 | $0.00 |
| 20050510 22:30 | CN - Canteen | 4580206 | | SHI | ~Canteen Date : 20050510 | $0.00 | $39.38 | $0.00 | $0.00 |
| 20050511 16:47 | IS - Interest | 4588748 | | SHI | | $0.32 | $0.00 | $0.00 | $0.00 |
| 20050512 09:08 | ML - Mail | 4610474 | | SHI | ~RIVER WORKS CREDIT# 112862~BROOME, HATTIE, , | $75.00 | $0.00 | $0.00 | $0.00 |
| 20050512 09:08 | MA - Maintenance and Administration | 4610476 | | SHI | ~Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20050516 08:05 | ML - Mail | 4619784 | | SHI | ~TRAV EXP# 54112131502~CRYER-GREEN, KIM, , | $100.00 | $0.00 | $0.00 | $0.00 |
| 20050517 22:30 | CN - Canteen | 4629440 | | SHI | ~Canteen Date : 20050517 | $0.00 | $49.89 | $0.00 | $0.00 |
| 20050524 22:30 | CN - Canteen | 4661983 | | SHI | ~Canteen Date : 20050524 | $0.00 | $37.75 | $0.00 | $0.00 |
| 20050526 09:52 | EX - External Disbursement | 4675996 | 48952 | SHI | ~9 YR OLD B-DAY & PICTURES ~DAWN GONZOLES | $0.00 | $56.00 | $0.00 | $0.00 |
| 20050607 22:30 | CN - Canteen | 4729067 | | SHI | ~Canteen Date : 20050607 | $0.00 | $9.81 | $0.00 | $0.00 |
| 20050609 08:01 | ML - Mail | 4743819 | | SHI | ~TRAV EXP# 5400652305~CRYER-GREEN, KIM, , | $100.00 | $0.00 | $0.00 | $0.00 |
| 20050609 08:01 | MA - Maintenance and Administration | 4743821 | | SHI | ~Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| | | | | | | $930.81 | $897.24 | $0.00 | $0.00 |

| | Personal | Savings |
|---|---|---|
| Balance as of ending date : | $120.25 | $0.00 |

Current Balances :

| Personal | Savings | Freeze | Loan | Restitution | Sentence |
|---|---|---|---|---|---|
| $120.25 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |