UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Derek Sincere Black Wolf Cryer

    Plaintiff,

    V.

Kathleen Dennehy, Michael Thompson,
Carol Mici, Greg McCann, Tina Ranno,
Mae Robinson, Greg Poladian,
Tom Lavelle, and William Taylor, sued
in their individual and official capacities

    Defendants,

CIVIL ACTION

NO. _____

05-11289 RCL

MOTION FOR APPOINTMENT OF COUNSEL

    Plaintiff hereby moves this Court for an order appointing counsel to represent him in the above-entitled action. As grounds therefore, the plaintiff states that he is indigent, has filed an Application To Proceed Without Prepayment of Fees And Affidavit and requesting to proceed Forma Pauperis, is currently confined at MCI Shirley Medium Prison, has tried to solicit several lawyers unsuccessfully, and am unable to afford any retainment of private counsel.

    Respectfully Submitted,

*Derek Sincere Black Wolf Cryer*
Derek Sincere Black Wolf Cryer
MCI Shirley Medium
P.O. Box 1218 - Harvard Road
Shirley, MA. 01464

CC: file/6-8-05