UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DEREK SINCERE BLACK WOLF CRYER,<br>    Plaintiff,<br><br>        v.<br><br><br>KATHLEEN DENNEHY, et al.,<br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)   C.A. No. 05-11289-RCL<br>)<br>)<br>)<br>) |

FURTHER ORDER ON APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF FEES

LINDSAY, D.J.

By Memorandum and Order dated August 4, 2005, this Court allowed Plaintiff's Application to Proceed Without Prepayment of Fees but deferred assessment of the initial partial filing fee pursuant to 28 U.S.C. § 1915(b) pending receipt of further information on Plaintiff's prison account balance. On August 15, 2005, this Court received the requisite information to assess the filing fee.

Accordingly, it is hereby ORDERED:

1. Plaintiff Derek Sincere Black Wolf Cryer is assessed an initial partial filing fee of **$29.00**, pursuant to 28 U.S.C. § 1915(b)(1).[1]

2. The remainder of the fee **$221.00** is to be assessed and collected in accordance with 28 U.S.C. § 1915(b)(2).

                          /s/ Reginald C. Lindsay
                          REGINALD C. LINDSAY
Dated: October 4, 2005          UNITED STATES DISTRICT JUDGE

---

[1] The initial partial assessment represents 20% of the average monthly deposits for the six month period preceding the filing of the Complaint.