U.S. Department of Justice
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Derek Sincere Black Wolf Cryer | 1:05-cv-11289 |
| DEFENDANT | TYPE OF PROCESS |
| Greg Poladian | Service of Summons (Original) |

SERVE ➡ NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

Greg Poladian, Department of Corrections

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

AT  MCI-Shirley Medium - Box 1218 - Harvard Road - Shirley, MA. 01464

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Derek Sincere Black Wolf Cryer
MCI-Shirley Medium
P.O. Box 1218 - Harvard Road
Shirley, MA. 01464

| Number of process to be served with this Form - 285 | 1 |
| Number of parties to be served in this case | 9 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Greg Poladian is the Prior Disciplinary Sargent at SMCI-Shirley Medium Tel.#(978) 425-4341, And an Employee of the Department of Corrections Tel.#(508) 422-3300

Signature of Attorney or other Originator requesting service on behalf of: ☑ PLAINTIFF ☐ DEFENDANT

Derek Sincere Black Wolf Cryer

TELEPHONE NUMBER: N/A
DATE: 8-20-05

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | No. 38 | No. 38 | Nancy [signature] | 10/12/05 |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☑ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

Date of Service: 10/26   Time: ___ am/pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| | | | | | | |

REMARKS: Fwd to USM Worcester 10/12/05 nt
10/26 - Defendant no longer at MCI Shirley or Sousa Baranowski C.C., may be at Concord Farm. CB

PRIOR EDITIONS MAY BE USED

**1. CLERK OF THE COURT**

FORM USM-285 (Rev. 12/15/80)

AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

\_\_\_\_\_CENTRAL\_\_\_\_\_ District of \_\_\_\_\_MASSACHUSETTS\_\_\_\_\_

ATTACHMENT 4

Derek Sincere Black Wolf Cryer

**SUMMONS IN A CIVIL CASE**

V.

Greg Poladian

CASE NUMBER:

**05-1**

TO: (Name and address of Defendant)

Greg Poladian
MCI Shirley Medium
P.O. Box 1218 - Harvard Road
Shirley, MA. 01464

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Derek Sincere Black Wolf Cryer
MCI Shirley Medium
P.O. Box 1218 - Harvard Road
Shirley, MA. 01464

an answer to the complaint which is herewith served upon you, within \_\_\_\_\_20\_\_\_\_\_ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

_Sarah A. Thornton_                   _8/11/05_
CLERK                                  DATE

_Rebecca Greenly_
(By) DEPUTY CLERK