U.S. Department of Justice
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Derek Sincere Black Wolf Cryer | 1:05-cv-11289 |
| **DEFENDANT** | **TYPE OF PROCESS** |
| Carol Mici | Service of Summons (Original) |

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

Carol Mici, Department of Corrections

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

**AT** 50 Maple Street - Suite 3 - Milford, MA. 01757-3698

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Derek Sincere Black Wolf Cryer
MCI - Shirley Medium
P.O. Box 1218 - Harvard Road
Shirley, MA. 01464

| Number of process to be served with this Form - 285 | 1 |
|---|---|
| Number of parties to be served in this case | 9 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

(508) 422-3300

Carol Mici is The Head of Classification

Signature of Attorney or other Originator requesting service on behalf of:
Derek Sincere Black Wolf Cryer
☑ PLAINTIFF
☐ DEFENDANT
TELEPHONE NUMBER: N/A
DATE: 8-20-05

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. 38 | District to Serve No. 38 | Signature of Authorized USMS Deputy or Clerk  Nancy Talauera | Date 10/12/05 |
|---|---|---|---|---|---|
| | 1 | | | | |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☑ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

| Name and title of individual served (if not shown above) | ☐ A person of suitable age and discretion then residing in the defendant's usual place of abode. |
|---|---|
| Address (complete only if different than shown above) | Date of Service | Time | am / pm |
| | | Signature of U.S. Marshal or Deputy | |

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| 45.00 | | 8.00 | | | | |

REMARKS: Forwarded USM Worcester 10/12/05 at
10/24 Carol Mici is Located at Industrial Ave. Norfolk Complex
CB

| PRIOR EDITIONS MAY BE USED | 1. CLERK OF THE COURT | FORM USM-285 (Rev. 12/15/80) |
|---|---|---|

# UNITED STATES DISTRICT COURT

CENTRAL   District of   MASSACHUSETTS

**ATTACHMENT 4**

Derek Sincere Black Wolf Cryer

**SUMMONS IN A CIVIL CASE**

V.

Carol Mici

CASE NUMBER:

**05 - 1**

TO: (Name and address of Defendant)

Carol Mici
50 Maple Street - Suite 3
Milford, MA. 01757-3698

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Derek Sincere Black Wolf Cryer
MCI Shirley Medium
P.O. Box 1218 - Harvard Road
Shirley, MA. 01464

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON                        8/11/05
CLERK                                    DATE

(By) DEPUTY CLERK