U.S. Department of Justice
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Derek Sincere Black Wolf Cryer | 1:05CV-11289 |
| DEFENDANT | TYPE OF PROCESS |
| Kathleen Dennehy | Serv. Re of Summons (original) |

**SERVE** NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
→ Kathleen Dennehy, Department of Corrections
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
**AT** 50 Maple Street - Suite 3 / Milford, MA. 01757-3698

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Derek Sincere Black Wolf Cryer
MCI-Shirley Medium
P.O. Box 1218 - Harvard Road
Shirley, MA. 01464

| | |
|---|---|
| Number of process to be served with this Form - 285 | 1 |
| Number of parties to be served in this case | 9 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

(508) 422-3300

Kathleen Dennehy is Commissioner of the Department of Corrections.

| Signature of Attorney or other Originator requesting service on behalf of: | ☑ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER | DATE |
|---|---|---|---|
| Derek Sincere Black Wolf Cryer | | N/A | 8-20-05 |

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | No. 38 | No. 38 | [signature] | 10/12/05 |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☑ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

| Name and title of individual served (if not shown above) | ☐ A person of suitable age and discretion then residing in the defendant's usual place of abode. |
|---|---|
| Address (complete only if different than shown above) | Date of Service / Time / am / pm |
| | Signature of U.S. Marshal or Deputy |

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| 45.00 | | 8.00 | | | | |

REMARKS: Forwarded to USM Worcester 10/12/05 nt
10/24 Kathleen Dennehy is located at Industrial Ave Norfolk Complex. CB

| PRIOR EDITIONS MAY BE USED | 1. CLERK OF THE COURT | FORM USM-285 (Rev. 12/15/80) |
|---|---|---|

AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

CENTRAL District of MASSACHUSETTS

**ATTACHMENT 4**

Derek Sincere Black Wolf Cryer

**SUMMONS IN A CIVIL CASE**

V.

Kathleen Dennehy

CASE NUMBER:

05-11289 RCL

TO: (Name and address of Defendant)

Kathleen Dennehy
50 Maple Street - Suite 3
Milford, MA. 01757-3698

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Derek Sincere Black Wolf Cryer
Shirley Medium
P.O. Box 1218 - Harvard Road
Shirley, MA. 01464

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

_Sarah A. Thornton_         8/11/05
CLERK                       DATE

_Rebecca Greeley_
(By) DEPUTY CLERK