**U.S. Department of Justice**
**United States Marshals Service**

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Derek Sincere Black Wolf Cryer | 1:05 CV-11289 |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| Mae Robinson | Serv. of Summons (Original) |

SERVE → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

Mary (Mae) Robinson, Department of

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

AT  MCI - Shirley Medium - Box 1218 - Harvard Road - Shirley, MA. 01464

FILED IN CLERK'S OFFICE
2005 NOV 10 P 12:42
U.S. DISTRICT COURT
DISTRICT OF MASS.

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Derek Sincere Black Wolf Cryer
MCI - Shirley Medium
P.O. Box 1218 - Harvard Road
Shirley, MA. 01464

| | |
|---|---|
| Number of process to be served with this Form - 285 | 1 |
| Number of parties to be served in this case | 9 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

The Above Named Defendant's official Government name is "Mary Ellen Robinson" To the best of my knowledge. She is The Disciplinary Sargeant At MCI-Shirley Medium.
(978) 425-4341

Signature of Attorney or other Originator requesting service on behalf of:  ☒ PLAINTIFF  ☐ DEFENDANT

Derek Sincere Black Wolf Cryer

TELEPHONE NUMBER: N/A

DATE: 8.20.05

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | No. 38 | No. 38 | [signature] | 10/12/05 |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above):  Desiree Monaco HR

☒ person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

Date of Service: 10/26/05   Time: 1100 am (pm)

Signature of U.S. Marshal or Deputy: [signature] Cynthia Bohn

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| 45.00 | | 8.00 | | | | |

REMARKS:  Fwd to USM Worcester 11/2/05 nt

AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

CENTRAL                District of                MASSACHUSETTS

**ATTACHMENT 4**

Derek Sincere Black Wolf Cryer

**SUMMONS IN A CIVIL CASE**

V.

Mae Robinson

CASE NUMBER:

05 - 1    RCL

TO: (Name and address of Defendant)

    Mae Robinson
    MCI Shirley Medium
    P.O. Box 1218 - Harvard Road
    Shirley, MA. 01464

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

    Derek Sincere Black Wolf Cryer
    MCI Shirley Medium
    P.O. Box 1218 - Harvard Road
    Shirley, MA. 01464

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Sarah A. Thornton                                  8/1/05
CLERK                                              DATE

Rebecca Greenley
(By) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

CENTRAL District of MASSACHUSETTS

**ATTACHMENT 4**

Derek Sincere Black Wolf Cryer

**SUMMONS IN A CIVIL CASE**

V.

Mae Robinson

CASE NUMBER:

05 - 1     RCL

TO: (Name and address of Defendant)

Mae Robinson
MCI Shirley Medium
P.O. Box 1218 - Harvard Road
Shirley, MA. 01464

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Derek Sincere Black Wolf Cryer
MCI Shirley Medium
P.O. Box 1218 - Harvard Road
Shirley, MA. 01464

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Sarah A. Thornton                                    6/11/05
CLERK                                                DATE

Rebecca Greenley
(By) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 10-26-05 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Cynthia Bohn | Deputy U.S. Marshal |

Check one box below to indicate appropriate method of service

☐ Served personally upon the third-party defendant. Place where _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were _____

☐ Returned _____

☐ Other (specify): Desiree Monaco HR

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  10/27/2005         Cynthia Bohn
              Date              Signature of Server

Address of Server:
UNITED STATES MARSHALS SERVICE
HAROLD D. DONOHUE FEDERAL BLDG.
595 MAIN STREET
WORCESTER, MA 01608

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.