**U.S. Department of Justice**
**United States Marshals Service**

## PROCESS RECEIPT AND RETURN
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Derek Sincere Black Wolf Cryer | 1:05-CV-11289 |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| William Taylor | U.S. DISTRICT COURT DISTRICT OF MASS (Original) |

| SERVE ➡ | NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN |
|---|---|
| | William Taylor, Department of Correction |
| | ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code) |
| AT | MCI-Shirley Medium - Box 1218 - Harvard Road - Shirley, MA. 01464 |

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW: | |
|---|---|
| Derek Sincere Black Wolf Cryer<br>MCI Shirley Medium<br>P.O. Box 1218 - Harvard Road<br>Shirley, MA. 01464 | Number of process to be served with this Form - 285 : 1 |
| | Number of parties to be served in this case : 9 |
| | Check for service on U.S.A. |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

William Taylor is A Guard For The Department of Correction. I have not seen him lately And wonder if He's been Transferred to Another Prison. To find out for sure you can contact MCI-Shirley Medium At (978) 425-4341 or Kathleen Dennehy, Commissioner at (508) 422-3300

| Signature of Attorney or other Originator requesting service on behalf of:<br>Derek Sincere Black Wolf Cryer | ☑ PLAINTIFF<br>☐ DEFENDANT | TELEPHONE NUMBER<br>N/A | DATE<br>8·20·05 |
|---|---|---|---|

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | No. 38 | No. 38 | Nancy Talamese | 10/12/05 |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☑ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

| Name and title of individual served (if not shown above) | A person of suitable age and discretion then residing in the defendant's usual place of abode. ☐ |
|---|---|
| Address (complete only if different than shown above) | Date of Service / Time / am / pm |
| | Signature of U.S. Marshal or Deputy |

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| 45.00 | | 8.00 | | | | |

REMARKS: Forward to USM Worcester 10/12/05 ✓

10/26) defendant was terminated from MCI Shirley. CB

| PRIOR EDITIONS MAY BE USED | 1. CLERK OF THE COURT | FORM USM-285 (Rev. 12/'') |
|---|---|---|

AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____CENTRAL_____  District of  _____MASSACHUSETTS_____

ATTACHMENT 4

Derek Sincere Black Wolf Cryer

**SUMMONS IN A CIVIL CASE**

V.

William Taylor

CASE NUMBER:

## 05 - 1       RC

TO: (Name and address of Defendant)

> William Taylor
> MCI Shirley Medium
> P.O. Box 1218 - Harvard Road
> Shirley, MA. 01464

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

> Derek Sincere Black **Wolf** Cryer
> MCI Shirley Medium
> P.O. Box 1218 Harvard Road
> Shirley, MA. 01464

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

_Sarah A. Thornton_

CLERK

_8/11/05_

DATE

_Rebecca Greenly_

(By) DEPUTY CLERK