Susan Jenness, Pro Se Intake Clerk
Reginald C. Lindsay, District Judge
United States District Court
1 Courthouse Way, Suite 2300
Office of The Clerk
Boston, MA. 02210

November 16, 2005

RE: Cryer v. Dennehy et al   Case # 1:05-cv-11289 RCL

Dear Sir/Madam,

On November 15, 2005 I received from the US Marshals office Nine (9) receipts for Service upon nine (9) defendants (Attached Copies). However, Five (5) of these receipts (form USM-285) were returned with the Five (5) individual Complaints affixed to each other. These receipts and original unserved Complaints were for the following defendants: ① Kathleen Dennehy ② Carol Mici ③ Greg Poladian ④ Tina Ronno ⑤ William Taylor.

The 120 day deadline for Service of Complaints to the best of my knowledge is on the 25th of this Month; I seek guidance at this time in order to properly Serve these defendants, as I am unsure of what to do on this particular issue. However, I'm requesting the above individuals Proper Addresses from this administration as well as from the D.O.C. Counsel Nancy White. Please respond soon. Thanks!

In closing, I would like to request Ten (10) "Process ➡

Receipt And Return - USM-285 Forms".

<u>Note</u>: The remarks made from the U.S. Marshal's office about each named defendant named above is as follows:
① <u>Kathleen Dennehy</u> - is located at Industrial Ave Norfolk Complex.
② <u>Carol Mici</u> - is located at Industrial Ave Norfolk Complex.
③ <u>Greg Paladino</u> - Defendant no longer At MCI Shirley or Sousa Baranowski, C.C., Maybe at Concord Farm.
④ <u>Tina Ranne</u> - Defendant is Retired From the D.O.C.
⑤ <u>William Taylor</u> - Defendant was terminated From MCI Shirley.

Respectfully Submitted,

<u>Derek Sincere Black Wolf Cryer, Pro Se</u>
Derek Sincere Black Wolf Cryer, Pro Se
MCI Shirley Medium
P.O. Box 1218 Harvard Road
Shirley, MA. 01464

<u>CC</u>: File/

<u>P.S</u>: Regarding time deadlines, do the Weekends and Holidays apply or Count as one day?
Thanks

**U.S. Department of Justice**
**United States Marshals Service**

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Derek Sincere Black Wolf Cryer | 1:05-CV-11289 |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| Kathleen Dennehy | Service of Summons (original) |

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Kathleen Dennehy, Department of Corrections

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
50 Maple Street - Suite 3 / Milford, MA. 01757-3698

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Derek Sincere Black Wolf Cryer
MCI-Shirley Medium
P.O. Box 1218 - Harvard Road
Shirley, MA. 01464

| | |
|---|---|
| Number of process to be served with this Form - 285 | 1 |
| Number of parties to be served in this case | 9 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

(508) 422-3300

Kathleen Dennehy is Commissioner of the Department of Corrections.

Signature of Attorney or other Originator requesting service on behalf of: Derek Sincere Black Wolf Cryer
☑ PLAINTIFF  ☐ DEFENDANT
TELEPHONE NUMBER: N/A
DATE: 8-20-05

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. 38 | District to Serve No. 38 | Signature of Authorized USMS Deputy or Clerk | Date 10/12/05 |
|---|---|---|---|---|---|
| | 1 | | | | |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☑ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

Date of Service | Time | am/pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| 45.00 | 8.00 | | | | | |

REMARKS: Forwarded to USM Worcester 10/12/05 at 10/04 Kathleen Dennehy ... located at Industrial ave ... CB

NOTE

**U.S. Department of Justice**
**United States Marshals Service**

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| | |
|---|---|
| PLAINTIFF: Derek Sincere Black Wolf Cryer | COURT CASE NUMBER: 1:05-cv-11289 |
| DEFENDANT: Carol Mici | TYPE OF PROCESS: Service of Summons (original) |

**SERVE** ➡ NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Carol Mici, Department of Corrections

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
50 Maple Street - Suite 3 - Milford, MA 01757-3698

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Derek Sincere Black Wolf Cryer
MCI - Shirley Medium
P.O. Box 1218 - Harvard Road
Shirley, MA 01464

Number of process to be served with this Form - 285: 1
Number of parties to be served in this case: 9
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

(508) 422-3300

Carol Mici is the Head of Classification

Signature of Attorney or other Originator requesting service on behalf of:
Derek Sincere Black Wolf Cryer
☑ PLAINTIFF
☐ DEFENDANT
TELEPHONE NUMBER: N/A
DATE: 8-20-05

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated.
(Sign only first USM 285 if more than one USM 285 is submitted)
Total Process: 1
District of Origin No. 38
District to Serve No. 3
Signature of Authorized USMS Deputy or Clerk: Nancy [illegible]
Date: 10/12/05

☐ I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☑ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above):

Address (complete only if different than shown above):

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Date of Service | Time | am/pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or Amount of Refund |
|---|---|---|---|---|---|
| 45.00 | | 8.00 | | | |

REMARKS: [illegible] USM was [illegible]

[illegible handwriting] located at [illegible] Complex

**NOTE**

PRIOR EDITIONS MAY BE USED             **3. NOTICE OF SERVICE**             FORM USM-285 (Rev. 12/15/80)

| U.S. Department of Justice | **PROCESS RECEIPT AND RETURN** |
|---|---|
| United States Marshals Service | See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form. |

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Derek Sincere Black Wolf Cryer | 1:05-CV-11289 |
| **DEFENDANT** | **TYPE OF PROCESS** |
| Greg Poladian | Service of Summons (Original) |

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Greg Poladian, Department of Correction

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
MCI-Shirley Medium - Box 1218 - Harvard Road - Shirley, MA. 01464

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Derek Sincere Black Wolf Cryer
MCI-Shirley Medium
P.O. Box 1218 - Harvard Road
Shirley, MA. 01464

| Number of process to be served with this Form - 285 | 1 |
|---|---|
| Number of parties to be served in this case | 9 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Greg Poladian is the Prior Disciplinary Sargeant at MCI, Shirley Medium Tel #(978) 425-4341, And an Employee of the Department of Corrections Tel # (508) 422-3300

Signature of Attorney or other Originator requesting service on behalf of:
Derek Sincere Black Wolf Cryer
☒ PLAINTIFF   ☐ DEFENDANT
TELEPHONE NUMBER: N/A
DATE: 8-30-05

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. 38 | District to Serve No. | Signature of Authorized USMS Deputy or Clerk: Nancy Talavera | Date 10/12/05 |
|---|---|---|---|---|---|
| | 1 | | | | |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☒ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

| Name and title of individual served (if not shown above) | ☐ A person of suitable age and discretion then residing in the defendant's usual place of abode. |
|---|---|
| Address (complete only if different than shown above) | Date of Service: 11/16   Time: am/pm |
| | Signature of U.S. Marshal or Deputy |

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| | | | | | | |

REMARKS: Fwd to USM Worc.[?] 10/[?]/05 NF
11/10 - Defendant no longer at MCI Shirley or S[?]
Barnowski, C.C., maybe at Concord Farm. CC

**NOTE**

| PRIOR EDITIONS MAY BE USED | **3. NOTICE OF SERVICE** | FORM USM-285 (Rev. 12/15/80) |

**U.S. Department of Justice**
**United States Marshals Service**

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Derek Sincere Black Wolf Cryer | 1:05-CV-11289 |
| DEFENDANT | TYPE OF PROCESS |
| Tina Ranno | Service of Summons (Original) |

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Justina (Tina) Ranno, Department of Correction

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
**AT** MCI-Shirley Medium - Box 1218 - Harvard Road - Shirley, MA. 01464

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Derek Sincere Black Wolf Cryer
MCI-Shirley Medium
P.O. Box 1218 - Harvard Road
Shirley, MA. 01464

Number of process to be served with this Form 285: 1
Number of parties to be served in this case: 9
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

The Above named defendant's official Government Name is "Justina A. Ranno" And is a Guard at MCI-Shirley Medium. Tel.#(978)425-4341, And an Employee of The Department of Corrections. Tel#(508)422-3300

Signature of Attorney or other Originator requesting service on behalf of: Derek Sincere Black Wolf Cryer
☒ PLAINTIFF  ☐ DEFENDANT
TELEPHONE NUMBER: N/A
DATE: 8-20-05

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. | Total Process | District of Origin No. 38 | District to Serve No. 38 | Signature of Authorized USMS Deputy or Clerk: Nancy Delaware | Date 10/12/05 |
|---|---|---|---|---|---|
| | 1 | | | | |

☒ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)

Address (complete only if different than shown above)

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Date of Service | Time | am/pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or Amount of Refund |
|---|---|---|---|---|---|
| 45.00 | | 8.02 | | | |

REMARKS: Forwarded to USM Worcester 10/14/05 at 10/20 defendant is retired from the DOC (CB)

NOTE

**U.S. Department of Justice**
**United States Marshals Service**

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Derek Sincere Black Wolf Cryer | 1:05-CV-11289 |
| **DEFENDANT** | **TYPE OF PROCESS** |
| William Traylor | Service of Summons (Original) |

**SERVE** ➤ NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

William Traylor, Department of Correction

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

MCI-Shirley Medium - Box 1218 Harvard Road - Shirley, MA 01464

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Derek Sincere Black Wolf Cryer
MCI Shirley Medium
P.O. Box 1218 Harvard Road
Shirley, MA 01464

| | |
|---|---|
| Number of process to be served with this Form - 285 | 1 |
| Number of parties to be served in this case | 9 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

William Traylor is a Guard for the Department of Correction. I have not seen him lately and wonder if Hes been Transferred to Another Prison. To find out for sure you can contact MCI-Shirley Medium at (978) 425-4341 or Kathleen Dennehy, Commissioner at (508) 422-3300

| Signature of Attorney or other Originator requesting service on behalf of: | ☑ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER | DATE |
|---|---|---|---|
| Derek Sincere Black Wolf Cryer | | N/A | 8-20-05 |

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. 38 | District to Serve No. 38 | Signature of Authorized USMS Deputy or Clerk | Date 10/12/05 |
|---|---|---|---|---|---|
| | 1 | | | Nancy Julaman | |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☑ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

| Name and title of individual served (if not shown above) | ☐ A person of suitable age and discretion then residing in the defendant's usual place of abode. |
|---|---|
| Address (complete only if different than shown above) | Date of Service / Time   am / pm |
| | Signature of U.S. Marshal or Deputy |

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| 45.00 | | 8.00 | | | | |

REMARKS: Forwarded to USM Worcester 10/12/05
1/06 Defendant was terminated from MCI Shirley. CB

NOTE

**PRIOR EDITIONS MAY BE USED**   **3. NOTICE OF SERVICE**   FORM USM-285 (Rev. 12/15/80)

**U.S. Department of Justice**
**United States Marshals Service**

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| | |
|---|---|
| PLAINTIFF: Derek Sincere Black Wolf Cryer | COURT CASE NUMBER: 1:05-cv-11289 |
| DEFENDANT: Michael Thompson | TYPE OF PROCESS: Service of Summons (Original) |

SERVE → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Michael Thompson, Department of Corrections

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
AT: MCI Shirley Medium - Box 1218 † Harvard Road - Shirley, MA. 01464

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Derek Sincere Black Wolf Cryer
MCI-Shirley Medium
P.O. Box 1218 - Harvard Road
Shirley, MA. 01464

Number of process to be served with this Form - 285: 1
Number of parties to be served in this case: 9
Check for service on U.S.A.: 2

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Michael Thompson is the Superintendent at MCI Shirley Medium
(978) 425-4341 Ext. 4101

Signature of Attorney or other Originator requesting service on behalf of:
Derek Sincere Black Wolf Cryer
☑ PLAINTIFF  ☐ DEFENDANT
TELEPHONE NUMBER: N/A
DATE: 8-20-05

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted)
Total Process: 1
District of Origin No. 38
District to Serve No. 38
Signature of Authorized USMS Deputy or Clerk: Nancy Jalavere
Date: 10/12/05

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above):
Desiree Monaco IIA

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above):

Date of Service: 10/26/05
Time: 11:00 am
Signature of U.S. Marshal or Deputy: [signature]

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or Amount of Refund |
|---|---|---|---|---|---|
| 45.00 | | 8.00 | | | |

REMARKS: Fwd to USM Worcester 10/12/05

NOTE

| U.S. Department of Justice | **PROCESS RECEIPT AND RETURN** |
|---|---|
| United States Marshals Service | See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form. |

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Derek Sincere Black Wolf Cryer | 1:05-CV-11289 |
| **DEFENDANT** | **TYPE OF PROCESS** |
| Mae Robinson | Service of Summons (Original) |

**SERVE** NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
➤ Mary (Mae) Robinson, Department of Correction
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
**AT** MCI-Shirley Medium - Box 1218 - Harvard Road - Shirley, MA. 01464

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Derek Sincere Black Wolf Cryer
MCI - Shirley Medium
P.O. Box 1218 - Harvard Road
Shirley, MA. 01464

| Number of process to be served with this Form - 285 | 1 |
|---|---|
| Number of parties to be served in this case | 9 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

The Above Named Defendant's official Government name is "Mary Ellen Robinson" To the best of my Knowledge. She is The Disciplinary Sargeant At MCI-Shirley Medium.
(978) 425-4341

| Signature of Attorney or other Originator requesting service on behalf of: | ☒ PLAINTIFF | TELEPHONE NUMBER | DATE |
|---|---|---|---|
| Derek Sincere Black Wolf Cryer | ☐ DEFENDANT | N/A | 8-20-05 |

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. | District to Serve No. | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | 28 | 28 | [signature] | 10/12/05 |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

| Name and title of individual served (if not shown above) | ☒ A person of suitable age and discretion then residing in the defendant's usual place of abode. |
|---|---|
| Desiree Monaco HR | |
| Address (complete only if different than shown above) | Date of Service / Time / am pm |
| | 10/21/05 / 11:00 / pm |
| | Signature of U.S. Marshal or Deputy [signature] |

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| 45.00 | | 8.00 | | | | |

REMARKS: Fwd to USM Worcester 10/12/05 NF

| PRIOR EDITIONS MAY BE USED | **3. NOTICE OF SERVICE** | FORM USM-285 (Rev. 12/15/80) |

U.S. Department of Justice
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Derek Sincere Black Wolf Cryer | 1:05-cv-11289 |
| DEFENDANT | TYPE OF PROCESS |
| Greg McCann | Service of Summons (Original) |

SERVE → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

Greg McCann, Department of Corrections

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

AT  MCI-Shirley Medium - Box 1218 + Harvard Road - Shirley, MA. 01464

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Derek Sincere Black Wolf Cryer
MCI-Shirley Medium
P.O. Box 1218 - Harvard Road
Shirley, MA 01464

Number of process to be served with this Form - 285: 1
Number of parties to be served in this case: 9
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Greg McCann is The Director of Treatment at MCI Shirley Medium
(978) 425-4341

Signature of Attorney or other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT
Derek Sincere Black Wolf Cryer
TELEPHONE NUMBER: N/A
DATE: 8-20-05

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted)
Total Process: 1
District of Origin No. 38
District to Serve No. 38
Signature of Authorized USMS Deputy or Clerk
Date: 10/2/05

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above):
Desiree Monico  HR

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

Date of Service: 10/26/05
Time: 1100  am
Signature of U.S. Marshal or Deputy: Cynthia Baker

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| 45.00 | | 8.00 | | | | |

REMARKS: Rcd to USM Warden 10/12/05

NOTE

PRIOR EDITIONS MAY BE USED    3. NOTICE OF SERVICE    FORM USM-285 (Rev. 12/15/80)

U.S. Department of Justice
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Derek Sincere Black Wolf Cryer | 1:05-cv-11289 |
| **DEFENDANT** | **TYPE OF PROCESS** |
| Tom Lavelle | Service of Summons (Original) |

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Tom Lavelle, Department of Corrections

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
MCI-Shirley Medium - Box 1218 Harvard Rd. - Shirley, MA. 01464

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Derek Sincere Black Wolf Cryer
MCI Shirley Medium
P.O. Box 1218 - Harvard Road
Shirley, MA. 01464

| Number of process to be served with this Form - 285 | 1 |
|---|---|
| Number of parties to be served in this case | 9 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Tom Lavelle is a Recreational Officer at MCI-Shirley Medium
(978) 425-4341

Signature of Attorney or other Originator requesting service on behalf of:  ☒ PLAINTIFF  ☐ DEFENDANT
Derek Sincere Black Wolf Cryer
TELEPHONE NUMBER: N/A
DATE: 8-10-05

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. | District to Serve No. | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | 38 | 35 | Nancy [signature] | 10/12/05 |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)
Desiree Manaco HR

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

Date of Service: 10/14/05
Time: 1:00 pm
Signature of U.S. Marshal or Deputy: [signature]

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or Amount of Refund |
|---|---|---|---|---|---|
| 45.00 | | 8.00 | | | |

REMARKS: Forward to USM Worcester 10/12/05 ht

**NOTE**

PRIOR EDITIONS MAY BE USED     **3. NOTICE OF SERVICE**     FORM USM-285 (Rev. 12/15/80)