UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DEREK SINCERE BLACK WOLF CRYER

        Plaintiff,

    v.

KATHLEEN DENNEHY, MICHAEL THOMPSON,
CAROL MICI, GREG POLADIAN, TINA RANNO,
GREG McCANN, TOM LAVELLE, WILLIAM TAYLOR,
MAE ROBINSON

CIVIL ACTION

NO. 1:05-cv-11289 RCL

## MOTION TO QUASH SERVICE, RETAIN THE CASE AND REQUEST APPROVAL/ORDER FOR RESERVICE ON FIVE (5) NAMED DEFENDANTS

Defendants Dennehy, Mici, Ranno, Poladian, and Taylor were unserved by United States Marshal's Office due to changes of addresses of above named defendants. Affixed are the five (5) Receipts For Services on the unserved named defendants and REMARKS by the U.S. Marshal's Service Officer. 1). The Plaintiff and all prisoners here at shirley medium are told to write to defendant Kathleen Dennehy at 50 Maple Street, Suite 3, Milford, MA. 01757-3698 (see attached letter marked exhibit VV). 2). Defendant Carol Mici's address was unknown to plaintiff at time of complaint due to a promotion and change of address, and relied upon prison officials and the prison librarian who said that Mici was now at 50 Maple Street, Milford, Ma. - 01757-3698. 3). Defendant Ranno, according to the U.S. Marshal's service, has since retired from the Department of Corrections and is no longer at MCI Shirley Medium facility. 4). Defendant Poladian, according to the U.S. Marshal's Service, has been transferred from m.c.i. shirley medium, and might be at MCI Concord Farm. 5). Defendant Taylor, according to the U.S.

( 1 of 2 )

Marshal's Service, has been terminated from MCI Shirley Medium.

Accordingly, Plaintiff request this Honorable Court to allow Motion to Quash Service, retain the case, and Order reservice on the above five (5) named Defendants.

Respectfully Submitted,

*Derek Sincere Black Wolf Cryer, Pro se*
Derek Sincere Black Wolf Cryer, Pro se
MCI Shirley Medium
P.O. Box 1218 - Harvard Road
Shirley, MA. 01464

DATED: November 18, 2005

CC: Nancy White, General Counsel for
    Department of Corrections
    file/11-05

Kathleen Dennehy
Massachusetts Department of Corrections
Commissioner's Office
50 Maple Street, Suite 3
Milford, MA. 01757-3698




April 6, 2004

Dear Kathleen Dennehy,

My name is Derek Cryer. I am presently confined at Shirley Medium where I serve my duties as Secretary on the Native American Spiritual Awareness Council (NASAC).

Beginning in the first week of February 2004, and up through this very correspondence, myself and the other Members of N.A.S.A.C. have been continuously Harrassed and Discriminated against by Correction Officials here at Shirley Medium who Regularly acts Above and Beyond their Professional Title's Duties.
"Everyone" has been informed, and still the Harrassment and Discrimination continues. "Everyone" meaning and beginning with a Carbon Copy sent to your office, The Day and Night Shift Sargeants, The inner Perimeter Security (IPS), the Director of Treatment, The Grievance Officer, The Acting Superintendent, Both the Catholic and Protestant Chaplains, and even Mental Health.

The Native American Spiritual Awareness Council here at Shirley Medium is on the verge of doing Wonderful things, but at every turn there Miscellaneous Roadblocks placed in our way.

My request of you is a shot in the dark, but if there's any possibility, it would be a Great Pleasure and Honor if you would set aside just One (1) day to come and Bless Us with a Visit to see and hear for yourself of the problems that exist to Native American Spiritual Practitioners here at Shirley Medium, and to more importantly Hear and Listen to our Ideas that Teaches Self-Empowerment and leads us to a better way of Life, and or at the very least, gives us another Alternative to the Life that most us will return to once released. One (1) day is all We ask. Aho!

Sincerely yours,

Derek M. Cryer
Derek M. Cryer
Shirley Medium
P.O. Box 1218
Harvard Road
Shirley, MA. 01464

CC: file/



*The Commonwealth of Massachusetts*
*Executive Office of Public Safety*
*Department of Correction*
*50 Maple Street, Suite 3*
*Milford, Massachusetts 01757-3698*
*(508) 422-3300*
*www.mass.gov/doc*

**Mitt Romney**
Governor

**Kerry Healey**
Lieutenant Governor

**Edward A. Flynn**
Secretary

**Kathleen M. Dennehy**
Commissioner

**James R. Bender**
Acting Deputy Commissioner

*Received 6-25-04 at 6:43 pm*
*Derek Cryer*

June 23, 2004

Derek M. Cryer W-55424
MCI-Shirley
P. O. Box 1218
Shirley, MA 01464

Dear Mr. Cryer:

I have received your letter dated April 6, 2004 in which you claim that you and other Native Americans have been harassed by the staff at MCI-Shirley, as well as your invitation to visit your group.

Please be advised that your allegations against staff have been referred to the Office of Investigative Services and are currently being investigated. Once the investigation has been completed, you will be notified of the findings via a separate letter.

If you have any additional information or questions regarding this matter, please address them to Mr. Mark Reilly, Chief, Office of Investigative Services at 50 Maple Street, Milford, MA 01757

I would also like to thank you for your invitation to visit with the Native American Group at MCI-Shirley. Unfortunately I am unable to accept your invitation at this time.

Sincerely,

Kathleen M. Dennehy
Commissioner

cc: Carol Mici, Acting, Superintendent, MCI-Shirley
    Mark Reilly, Chief, Office of Investigative Services
    File

Printed on Recycled Paper