UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**DEREK SINCERE BLACK WOLF CRYER,**

    **Plaintiff,**

    v.                                                                         Civil Action No. 05-11289-RCL

**KATHLEEN M. DENNEHY, et al.,**

    **Defendants.**

## MOTION OF DEFENDANTS TO ENLARGE TIME

Defendants, Kathleen M. Dennehy, Michael Thompson, Carol Mici, Greg McCann, Tina Ranno, Mary Robinson, William Taylor, Thomas Lavelle and William Taylor, through counsel, hereby move this Court to enlarge the time for filing a responsive pleading to plaintiff's Complaint and Amended Complaint, up to and including January 31, 2006.

In support of this motion, counsel states that this case was only recently assigned to the Department of Correction's Legal Division, and additional time is necessary in order to investigate and make an informed response to the allegations contained in plaintiff's Complaint and Amended Complaint.

Dated: December 21, 2005

                                                                                          Respectfully submitted,

                                                                                          NANCY ANKERS WHITE
                                                                                          Special Assistant Attorney General

                                                                                         /s/ Richard C. McFarland
                                                                                         Richard C. McFarland,  BBO# 542278
                                                                                         Legal Division
                                                                                         Department of Correction
                                                                                         70 Franklin Street, Suite 600
                                                                                         Boston, MA  02110-1300
                                                                                         (617) 727-3300,  Ext. 132

## CERTIFICATE OF SERVICE

     I, Richard C. McFarland, counsel for Defendants, hereby certify that I served a copy of the foregoing motion upon *pro se* plaintiff, Derek Sincere Black Wolf Cryer, by first class mail, postage prepaid, to his address: MCI-Shirley, P.O. Box 1218, Shirley, MA 01464.

Dated: December 21, 2005                                                     /s/ Richard C. McFarland  
                                                                                                   Richard C. McFarland