UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Susan Jenness, Pro Se Intake Clerk
Office of the Clerk
United States District Court
1 Courthouse Way, Suite 2300
Boston, Ma. 02210

DATE: December 25, 2005

RE: CRYER v. DENNEHY et al          Case# 1:05-cv-11289-RCL

Dear Clerk,

Please find enclosed a "Motion to Serve Defendants Attorney with Subsequent Pleadings" to bring to the Courts attention.

Thank you

Derek Sincere Black Wolf Cryer, Pro Se
Derek Sincere Black Wolf Cryer, Pro Se
MCI Shirley Medium
P.O. Box 1218    Harvard Road
Shirley, MA. 01464

CC:
File/

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DEREK SINCERE BLACK WOLF CRYER

    Plaintiff,

V.

KATHLEEN DENNEHY, MICHAEL THOMPSON,
CAROL MICI, GREG McCANN, TINA RANNO,
MAE ROBINSON, GREG POLADIAN,
TOM LAVELLE, WILLIAM TAYLOR

    Defendants,

CIVIL ACTION

NO. 1:05-cv-11289-RCL

## MOTION TO SERVE DEFENDANTS ATTORNEY
## WITH SUBSEQUENT PLEADINGS

    Due to the numerous amount of Defendants, all with the same Attorney, Plaintiff request this Court to Order approval allowing the Plaintiff to Serve Defendants Attorney with all Subsequent Pleadings, rather than having to Serve all Nine (9) Defendants.

                          Respectfully Submitted,

                          Derek Sincere Black Wolf Cryer, Pro se.
                          MCI Shirley Medium
                          P.O. Box 1218 - Harvard Road

DATED:  December 25, 2005      Shirley, MA. 01464

CC: file/12-25-05