UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DEREK SINCERE BLACK WOLF CRYER

        Plaintiff,

V.

KATHLEEN DENNEHY, MICHAEL THOMPSON,
CAROL MICI, GREG McCANN, TINA RANNO,
MAE ROBINSON, GREG POLADIAN,
TOM LAVELLE, WILLIAM TAYLOR

        Defendants,

CIVIL ACTION

NO. 1:05-cv-11289

MOTION TO DELAY ORDER REGARDING THE MOTION
TO QUASH SERVICE, RETAIN THE CASE
AND REQUEST APPROVAL FOR RESERVICE ON
FIVE NAMED DEFENDANTS

The Plaintiff was recently informed of the name of the Defendants Attorney only after the Plaintiff filed the "Motion To Quash Service" [civil docket paragraph #20]. On January 3, 2005 the Plaintiff submitted five (5) individual NOTICE OF LAWSUIT AND REQUEST FOR WAIVER OF SERVICE OF SUMMONS FORMS to Attorney Richard McFarland for Defendants Dennehy, Mici, Ranno, Poladian, and Taylor. Respectfully, Plaintiff request this Court to allow this Motion to Delay Order on the "Motion to Quash Service" to allow defendants to waive service on the above five named Defendants thereby eliminating the cost for service by U.S. Marshal's Services, and or the Plaintiff.

                                       Respectfully Submitted,

                                       Derek Sincere Black Wolf Cryer, Pro se
                                       MCI Shirley Medium

DATED: January 6, 2006        P.O. Box 1218 - Harvard Road
                                       Shirley, MA. 01464

CC: Richard C. McFarland, Counsel
    for Defendants