UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Susan Jenness, Pro Se Intake Clerk
Office of the Clerk
United States District Court
1 Courthouse Way, Suite 2300
Boston, Ma. 02210

DATE: February 1, 2006

RE:  CRYER  v.  DENNEHY et al          Case# 1:05-cv-11289 - RCL

Dear Clerk,

    Hi. The Defendants were Granted a "Motion For Extension of Time" and were given until January 31, 2006 to Answer to the Complaint (s). The Defendants have failed to Answer.

    I, Plaintiff, Derek Sincere Black Wolf Cryer, according to Rule 55 of the F.R.C.P. request that the Clerk/Court deem the Defendants in Default, and Order any required judgements to the Rule.

    Thank you very much for your attention on this matter.

    Respectfully Submitted,

    *Derek Sincere Black Wolf Cryer, Pro se*
    Derek Sincere Black Wolf Cryer, Pro se
    MCI Shirley Medium
    P.O. Box 1218 - Harvard Road
    Shirley, MA. 01464

CC: Richard C. McFarland
    file/2-1-06