UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DEREK SINCERE BLACK WOLF CRYER

    Plaintiff,

V.

KATHLEEN DENNEHY, MICHAEL THOMPSON,
CAROL MICI, GREG McCANN, TINA RANNO,
MAE ROBINSON, GREG POLADIAN,
TOM LAVELLE, WILLIAM TAYLOR

    Defendants,

CIVIL ACTION

NO. 1:05-cv-11289

MOTION FOR LEAVE OF COURT TO SERVE
SUPPLEMENTAL COMPLAINT (DOCKET TEXT #21)
ON DEFENDANTS ATTORNEY

---

Now comes the Plaintiff to request for leave of court to serve upon Defendants attorney for the purposes of a responsive Answer, the Amended Complaint at (Docket Text #21). The Defendants Attorney asserts that He/the Defendants did not receive the Amended Complaint and therefore did not ANSWER the complaint. (See attached letter/Atty. McFarland).

                                      Respectfully Submitted,

                                      *Derek Sincere Black Wolf Cryer, Pro Se*
                                      DEREK SINCERE BLACK WOLF CRYER, PRO SE
                                      MCI SHIRLEY MEDIUM
                                      P.O. BOX 1218 - HARVARD ROAD

DATE: February 9, 2006          SHIRLEY, MA. 01464

CC: Atty., McFarland
    file/2-9-06

Richard C. McFarland, BBO#542278
Legal Division
Department Of Correction
70 Franklin Street, Suite 600
Boston, MA. 02110-1300
(617) 727-3300

DATE: February 1, 2006

RE: CRYER v. DENNEHY et al  /  Case# 1:05-cv-11289

Dear Mr. McFarland,

I have received your "ANSWER" to the Complaint and Supplemental Complaint. However, this Answer addresses only the paragraphs in the original complaint. There is no Answer at all to the Supplemental Complaint.

Can you please forward me the Answer to the Complaint in question.

*Derek Sincere Black Wolf Cryer, Pro se*
Derek Sincere Black Wolf Cryer, Pro se
MCI Shirley Medium
P.O. Box 1218 - Harvard Road
Shirley, MA. 01464

CC: Clerk/Judge, U.S.D.C.
    file/2-1-06



*The Commonwealth of Massachusetts*
*Executive Office of Public Safety*
*Department of Correction*
*Legal Division*
*70 Franklin Street, Suite 600*
*Boston, MA 02110-1300*
*(617) 727-3300 Ext. 124*
*www.mass.gov/doc*

**Mitt Romney**
Governor

**Kerry Healey**
Lieutenant Governor

**Edward A. Flynn**
Secretary

**Kathleen M. Dennehy**
Commissioner

**James R. Bender**
Deputy Commissioner

**Nancy Ankers White**
General Counsel

February 7, 2006

Derek Cryer, W55424
MCI-Shirley
P.O. Box 1218
Shirley, MA  01464

    RE:    <u>Cryer v. Dennehy, et al</u>.
            U.S.D.C. No. 05-11289-RCL

Dear Mr. Cryer,

       I am in receipt of your correspondence of February 1, 2006 regarding defendants' response to your supplemental complaint. Please be advised that the defendants have not responded to your supplemental complaint because you have failed to provide the defendants with copies of the supplemental complaint and attached exhibits as required under the rules for civil procedure.

                                   Sincerely,

                                   Richard C. McFarland

RCM/am

PRINTED ON RECYCLED PAPER