*Carbon Copy

Richard C. McFarland, BBO#542278
Legal Division
Department Of Correction
70 Franklin Street, Suite 600
Boston, MA. 02110-1300
(617) 727-3300

DATE: February 1, 2006

RE: CRYER v. DENNEHY et al   /   Case# 1:05-cv-11289 RCL

Dear Mr. McFarland,

I have received your "ANSWER" to the Complaint and Supplemental Complaint. However, this Answer addresses only the paragraphs in the original complaint. There is no Answer at all to the Supplemental Complaint.

Can you please forward me the Answer to the Complaint in question.

Derek Sincere Black Wolf Cryer, Pro se
Derek Sincere Black Wolf Cryer, Pro se
MCI Shirley Medium
P.O. Box 1218 - Harvard Road
Shirley, MA. 01464

CC: Clerk/Judge, U.S.D.C.
    file/2-1-06

\* Clarification as to my Request to Find Defendants in Default.