UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DEREK SINCERE BLACK WOLF CRYER

    Plaintiff,

V.

KATHLEEN DENNEHY, MICHAEL THOMPSON,
CAROL MICI, GREG McCANN, TINA RANNO,
MAE ROBINSON, GREG POLADIAN,
TOM LAVELLE, WILLIAM TAYLOR

    Defendants,

FILED
IN CLERKS OFFICE
CIVIL ACTION
2006 APR -6 P 12: 28
NO. 1:05-cv-11289 RCL
U.S. DISTRICT COURT
DISTRICT OF MASS.

## Renewed Motion For Appointment of Counsel

Plaintiff hereby request this Court For An Order Appointing Counsel to represent Him in the above entitled action. Plaintiff admits that due to His previous And Continued Depression (which is also a claim in this action) As well As The Plaintiffs inability To Maintain Mental, Psycological, and Spiritual Harmony And Balance Through Prayer (which is also A claim in this action) That He is Finding it very difficult to concentrate as the Local And Federal Rules of This Court Are becoming arduous to understand and seem complex.

Furthermore, Plaintiff request of this Court That if This motion to be appointed Counsel is denied, That the Alternative is to make A Special Appointment of Counsel Whereas the Plaintiff would be able to Call, Write, and receive Visits to and from The Appointed Counsel for Advice and definitions regarding Issues That are ambiguous And Complex to the Plaintiff's degree of intellect.

Respectfully Submitted,

_Derek Sincere Black Wolf Cryer, Pro Se_
Derek Sincere Black Wolf Cryer, Pro Se
MCI Shirley Medium
P.O. Box 1218 - Harvard Road
Shirley, MA. 01464

DATE: March 25, 2006

CC: File /H.W. 3-25-06

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Susan Jenness, Pro Se Intake Clerk
Office of the Clerk
United States District Court
1 Courthouse Way, Suite 2300
Boston, Ma. 02210

DATE: March 25, 2006

RE:   CRYER   v.   DENNEHY et al           Case# 1:05-cv-11289

Dear Clerk,

Greetings! Please bring the Enclosed "Renewed Motion For Appointment of Counsel" to the Attention of The Court.

Also, Please Send me a Copy of The Docket Entries.

Thank you Very Much!

Sincerely yours,

Derek Sincere Black Wolf Cryer, Pro Se
Derek Sincere Black Wolf Cryer, Pro Se
MCI Shirley Medium
P.O. Box 1218 - Harvard Road
Shirley, MA. 01464

CC: File/H.W. 3-25-06