UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Susan Jenness, Pro Se Intake Clerk
Office of the Clerk
United States District Court
1 Courthouse Way, Suite 2300
Boston, Ma. 02210

DATE:    May 1, 2006

RE:    CRYER   v.   DENNEHY et al          Case# 1:05-cv-11289 *RCL*

Dear Clerk,

On March 25, 2006 I submitted a renewal Motion for Appointment of Counsel, and I requested a printout of my case Docket Number; To date I have not received a response to either request.

Please inform me of the present status of the above concerns.

Respectfully Submitted,

*Derek Sincere Black Wolf Cryer, Pro Se*
Derek Sincere Black Wolf Cryer
MCI Shirley Medium
P.O. Box 1218 - Harvard Road
Shirley, MA. 01464

CC: file/3-1-06