UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Susan Jenness, Pro Se Intake Clerk
Office of the Clerk
United States District Court
1 Courthouse Way, Suite 2300
Boston, Ma. 02210

June 8, 2006

RE: CRYER v. DENNEHY et al    Case# 1:05-cv-11289

Dear Clerk,

    Greetings. On page #5 of the Docket Report Judge Lindsay granted my motion for leave to serve supplemental complaint (see the "Date Filed" column dated 3/07/2006).

    The Order and findings were not forwarded to me and therefore I am unable to know whether or not Judge Lindsay ordered the Defendants to "Answer" to the supplemental complaint, nor do I know the response deadline that the Judge set upon the Defendants.

    In closing, kindly forward me a copy of the Judge's order and findings which was entered on 3-08-2006 as the Defendants have yet to Answer to the supplemental pleading as stated above.

    Respectfully submitted,

    Derek Sincere Black Wolf Cryer, Pro se
    MCI Shirley Medium
    P.O. Box 1218 - Harvard Road
    Shirley, MA. 01464

CC: file/6-8-06