UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DEREK SINCERE BLACK WOLF CRYER

    Plaintiff,

V.

KATHLEEN DENNEHY, MICHAEL THOMPSON,
CAROL MICI, GREG McCANN, TINA RANNO,
MAE ROBINSON, GREG POLADIAN,
TOM LAVELLE, WILLIAM TAYLOR

    Defendants,

CIVIL ACTION

NO. 1:05-cv-11289

PLAINTIFF"S MOTION FOR COURT TO PROCEED FOR
FINDINGS ON PRELIMINARY INJUNCTION REQUEST

---

On June 1, 2006 Plaintiff filed a Motion for a Preliminary Injunction with the Clerk of this Court (see Docket Text #31). On June 27, 2006 the above Motion was denied without Prejudice stating that there was "no Certificate of Service upon the defendants". As set forth in Plaintiff's attached Affidavit and Amended Certificate of Service in support of this motion, Plaintiff request this Court grant this motion.

Respectfully submitted,

Derek Sincere Black Wolf Cryer, Pro se
Derek Sincere Black Wolf Cryer, Pro se
MCI Shirley Medium
P.O. Box 1218 - Harvard Road
Shirley, MA. 01464

**DATED:** July 2, 2006

CC: file/7-2-06

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DEREK SINCERE BLACK WOLF CRYER

    Plaintiff,

V.

KATHLEEN DENNEHY, MICHAEL THOMPSON,
CAROL MICI, GREG McCANN, TINA RANNO,
MAE ROBINSON, GREG POLADIAN,
TOM LAVELLE, WILLIAM TAYLOR

    Defendants,

CIVIL ACTION

NO. 1:05-cv-11289-RCL

FILED
IN CLERKS OFFICE
2006 JUL 10 P 3:15
U.S. DISTRICT COURT
DISTRICT OF MASS.

AFFIDAVIT IN SUPPORT OF PLAINTIFF"S MOTION FOR COURT
TO PROCEED FOR FINDINGS ON PRELIMINARY INJUNCTION REQUEST

Derek Sincere Black Wolf Cryer declares under penalty and perjury:

1). I am the Pro se Plaintiff in this case. I have no professional training in the law. I have never passed or taken the Massachusetts Bar exam.

2). On June 1, 2006 I sent a copy of the prliminary injuction motion with a certificate of service to defendants attorney Richard McFarland, however I made the error in failing to make this knowledge known in the certificate of service I filed with the Court.

3). The motion was denied without prejudice.

4). On July 2, 2006 I filed an immediate Amended Certificate of Service (to be affixed to original motion) which is attached hereto.

5). For the reasons set forth in this affidavit Plaintiff request this Court grant Plaintiff's Motion to Proceed for findings.

Respectfully submitted,

Derek Sincere Black Wolf Cryer, Pro se
Derek Sincere Black Wolf Cryer, Pro se
MCI Shirley Medium
P.O. Box 1218 - Harvard Road
Shirley, MA. 01464

DATED: July 2, 2006

CC: file/7-2-06

Derek Sincere Black Wolf Cryer, Pro Se
Derek Sincere Black Wolf Cryer, Pro Se
MCI Shirley Medium
P.O. Box 1218 - Harvard Road
Shirley, MA. 01464

| Commonwealth of Massachusetts | } ss. | Page 2 of 2 page Affidavit in Support |
| County of Middlesex | } | civil action 1:05-CV-11289 |

On this the 5th day of July, 2006 before me Daniel Morse, the undersigned Notary Public, Personally appeared Derek Cryer, and proved to me through satisfactory evidence of identity, which was MA DOC Inmate ID to be the person whose name was signed in my presence, and who swore or affirmed to me that the contents of the document are truthful and accurate to the best of his knowledge and belief.

_____
Notary Public

DANIEL D. MORSE
Notary Public
Commonwealth of Massachusetts
My Commission Expires On
March 7, 2008

CC: File

AMENDED CERTIFICATE OF SERVICE

---

The undersigned herby certifies that on June 1, 2006 the Plaintiff's original motion for a preliminary injunction (Docket Text #31) has been served upon the Clerk of the U.S. District Court by 1st Class Mail, Postage Prepaid, and a true copy of said motion served upon Defendants attorney Richard McFarland by 1st Class Mail, Postage Prepaid to 70 Franklin Street/ Suite 600/ Boston, MA. 02110-1300.

                                                        /s/ Derek Sincere Black Wolf Cryer, Pro Se
                                                        Derek Sincere Black Wolf Cryer, Pro se
                                                        MCI Shirley Medium

DATED:    July 2, 2006                    P.O. Box 1218 - Harvard Road
                                                        Shirley, MA. 01464

CC: file/7-2-06

CERTIFICATE OF SERVICE

The undersigned hereby certifies that the original foregoing motion for court to proceed for findings on preliminary injunction has been served upon the clerk of the U.S. District Court by 1st Class Mail, postage prepaid, and a true copy of said motion served upon defendants attorney Richard C. McFarland by 1st Class Mail, Postage Prepaid to 70 Franklin Street/ Suite 600/ Boston, MA. 02110-1300.

DATED:    July 2, 2006

*Derek Sincere Black Wolf Cryer, Pro se*
Derek Sincere Black Wolf Cryer, Pro se
MCI Shirley Medium
P.O. Box 1218 - Harvard Road
Shirley, MA. 01464

CC: file/7-2-06