# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

Susan Jenness, Pro Se Intake Clerk
Office of the Clerk
United States District Court
1 Courthouse Way, Suite 2300
Boston, Ma. 02210

**DATE:** August 12, 2006

RE:  CRYER  v.  DENNEHY et al        Case# 1:05-cv-11289 RCL.

Dear Clerk,

On July 30, 2006 I wrote to you regarding issuance pertaining to sending the sample forms of what is "Certificate of Service" docket file as well as the "Certificate of Service" sample form from Rule 71 as the Court requests I proceed with my Preliminary Injunction Motion which has been denied without prejudice for improper Certificate of Service Two(2) times already. I have not received a response.

In closing, will you send me a copy of my docket entries and kindly inform me of the Status of the above mentioned Motion. Thank you very much.

Respectfully Submitted,

Derek Shawn Black Wolf Cryer, Pro Se
Derek Shawn Black Wolf Cryer, Pro Se
M.C.I Shirley Medium
P.O. Box 1218, Harvard Road
Shirley, Ma. 01464

CC: File/8-12-06