UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DEREK SINCERE BLACK WOLF CRYER

      Plaintiff,

      V.

KATHLEEN DENNEHY, MICHAEL THOMPSON,
CAROL MICI, GREG McCANN, TINA RANNO,
MAE ROBINSON, GREG POLADIAN,
TOM LAVELLE, WILLIAM TAYLOR

      Defendants,

CIVIL ACTION

NO. 1:05-cv-11289

*ex parte Consideration is requested*

## Motion For Court to Proceed on Plaintiffs Preliminary Injunction Request

On July 2, 2006 Plaintiff filed a motion to Proceed For Findings on Preliminary Injunction (See Docket Text # 36). It was denied without prejudice (see Docket Text # 36 • 7-27-06). Plaintiff is a first time Prose litigant and is unfamiliar with Motion practice, however he believes that the reason the previous Motion was denied was because Plaintiff failed to request "ex parte Consideration". In this motion Plaintiff Requests "ex parte Consideration". In doing So, Plaintiff Request this Court to proceed on Plaintiffs Motion For Finding on it's Preliminary Injunction Request stated Docket Text # 36.

Respectfully Submitted,

Derek Sincere Black Wolf Cryer, Prose

Derek Sincere Black Wolf Cryer, Pro Se
MCI Shirley Medium
P.O. Box 1218 Harvard Road
Shirley, MA. 01464

Dated: August 28, 2006

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that plaintiff has confered with Defendants Attorney Richard C. McFarland Regarding the foregoing motion and has attempted in good Faith to resolve or narrow the issues at hand.

Derek Sincere Black Wolf Cryer, Pro se
**Derek Sincere Black Wolf Cryer, Pro se**
**MCI Shirley Medium**
DATED: August 28, 2006
**P.O. Box 1218 – Harvard Road**
**Shirley, MA. 01464**

CC:

## CERTIFICATE OF SERVICE

FILED
CLERKS OFFICE

2006 SEP -7 P 2: 40

The undersigned hereby certifies that a true copy of the foregoing motion

has been served upon the Clerk of the U.S. District Court of Massachusetts by 1ST

Class Mail, Postage Prepaid.

DISTRICT OF MASS

Derek Sincere Black Wolf Cryer, Pro se
Derek Sincere Black Wolf Cryer, Pro se
MCI Shirley Medium
P.O. Box 1218 – Harvard Road
Shirley, MA. 01464

DATED: August 28, 2006

CC: