Judge Reginald C. Lindsay
United States District Court
1 Courthouse Way, Ste 2300
Boston, MA. 02210

RE: Cryer v. Dennehy et al #1:05-cv-11289

FILED
U.S. OFFICE
2006 SEP 18 P 2:57

September 11, 2006

Dear Judge Lindsay,

I am a Pro se litigant and apologize for having to write to you direct.

I am a prisoner at MCI Shirley Medium of which Michael Thompson is the Superintendent. (Mr. Thompson is also a Defendant in the above titled case).

More than half of my legal documents being used as Evidence/Exhibits has been Contrabanded by the Institutions Property Department and is in danger of being destroyed. I wrote to Mr. Thompson addressing the issue, Please see attached Carbon Copy letter dated September 11 2006.

My belief is that the institution plans to Destroy Evidence ("legally") that will be used against them. My request is that a phone call be made or an Order be handed down Restricting the Defendant/Institution from destroying the legal Documents in question.

\* MCI Shirley Medium
Tel: (978) 425-4341
Fax: (978) 514-6601

Respectfully Submitted,

Derek Sincere Black wolf Cryer
Derek Sincere Black wolf Cryer
MCI Shirley Medium
P.O. Box 1218 - Harvard Road
Shirley, MA 01464

CC: Michael Thompson, Superintendent
    Property Sergeant, MCI Shirley Medium
    File 9-11-06

TO: Michael Thompson, Superintendent
FR: Derek Cryer/SMU-I #26/W-55424
RE: Legal Documents Contrabanded by Property
DT: September 11, 2006

Dear Mr. Thompson,

Please allow me to be brief and direct. I was bagged to segregation on July 19, 2006. My belongings were brought to the Property Department and later inventoried by Officer Shamus Pech. I received a Notice of Contraband, in particular, "Books, magazines, newspapers and 1+ cubic foot over the limit of mail"; this notice is dated July 21, 2006. (Copy #1 attached).

On July 26, 2006 I wrote to Officer Shamus Pech to try to resolve the issue of the above mentioned contrabanded property (Copy #2 attached). From this letter Officer Pech brought a box of my property to the Unit and allowed me to take from the box my legal letterheads (#4) and some of my In-house & Outgoing Legal Copies (#8 as mentioned in the attached copy); this was on August 7, 2006.

Due to the above paragraph I filed grievance #20646 (Copy #3 attached) on August 15, 2006. This grievance was "Partially Approved" However None of my Requested Remedies were manifested, (Copy #4 attached) as I have mentioned it in appealing the Partial approval (Copy #5 attached).

Also, before the above stated appeal, on August 29, 2006 I wrote to the Property Sergeant addressing the issue of my "over the limit" contrabanded property. I've sent additional copies of that letter, four (4) in Total, I have not received any response. (Copy #6 attached).

On September 7, 2006 I wrote to Deputy Bruce Gelb addressing this issue (Copy #7 attached). I'm awaiting response.

I have already received a final notice (see page #2 in copy #6) dated August 21, 2006 and my property in question is in danger of being destroyed. These documents serve as evidence and exhibits.

Mr. Thompson, about 98% of the property above (i.e. Books, magazines, newspapers, catalogs and paper work) are Legal documents currently being used in my civil case within the Federal District Court where I serve as my own attorney (Cite as Cryer v. Dennehy, Et al #1:05-cv-11289). The other 2% is personal items and personal letters.

Therefore I'm requesting to have my personal property removed from the Contraband Status immediately, and to be allowed to go through my property so that I may retrieve my personal mails, and to sort it and organize my legal documents for proper storing as allowed by Deputy Gelb in Copy #7 page 4. I respectfully request an immediate response. Thank you.

Derek... Cryer
SMU-I #26
Inst. # W-55424

CC: Judge Reginald C. Lindsay, Federal District Court
    Deputy Bruce Gelb
    Property Sergeant
    File/9-11-06

#1
SMU

# Massachusetts Department of Correction
## PROPERTY CONTRABAND NOTIFICATION AND DISPOSAL FORM

Institution: **MCI SHIRLEY (MEDIUM)**

*REMOVAL OF PROPERTY REQUESTED BY INMATE*

Inmate: DEREK CRYER    Commit # W55424    First Notice Dat 20060721

The following items have been deemed contraband and are not allowed in this fa

| Item | Quantity | Condition | Serial | Seal # | Description |
|------|----------|-----------|--------|--------|-------------|
| AM/FM radio | 1 | | | | Not inmates. Name an # penned in. Not on IMS. |
| Total: | 1 | | | | |
| Books/Magazines/Newspapers | 14 | | | | Not on IMS. Over limit (including magazine/newspaper). |
| Total: | 14 | | | | |
| Footwear | 1 | | | | Nike Excell. Not on IMS |
| Total: | 1 | | | | |
| Mirror | 1 | | | | OTL |
| Total: | 1 | | | | |
| Pens/Pencils | 5 | | | | OTL |
| Total: | 5 | | | | |
| Socks | 5 | | | | OTL |
| Total: | 5 | | | | |
| UHF/VHF Splitter | 1 | | | | broken |
| Total: | 1 | | | | |
| Undershirts/Bras | 2 | | | | OTL |
| Total: | 2 | | | | |
| Watch | 1 | | | | Casio. Not on IMS. Broken band. |
| Total: | 1 | | | | |

*1 + Cubic ft. mail*

These articles must be disposed of in accordance with 103 CMR 403.14. Please select a method of disp

**Cost to mail:**

I choose to have my proper

[ ] retrieved by a visitor   [ ] mailed out to a specified destination   [ ] disposed of as seen fit by the institut

Name: _____
Address: _____
City: _____ State: _____ Zip: _____
Telephone

Inmate Authorization _____ Date: _____

**Property Pick-up Acknowledgem**

Visitor ID [ ] valid state ID /driver's lice [ ] military ID [ ] passpo [ ] Dept. Transitional Assistance (Welfa
I, _____ have received and accept responsibility for all of the items listed on th

Visitor: _____ Date: _____

Handwritten Copy

TO: Shemus P. Peek, Property
FR: Derek Cryer / SMU-I / #26 / W-55424
RE: Retained Property
DT: July 26, 2006

Dear Officer Peek,

I have Property in cell that I wish to either mail, destroy, or placed in long term storage. In exchange I need the following items:

1). My Family Photo Album
2). My Legal Exhibits from 1st Supplemental Complaint
3). My 2nd Supplemental Complaint & Exhibits
4). My Federal Legal Letterhead Forms

5). My Few Private Papers / Mail & Literature
6). My Envelope (Legal) & Personal Numbers and Addresses
7). My Personal Mail
8). My Inhouse and Outgoing Legal Copies

Furthermore I wish to donate and or mail home several other items such as books etc. However, There is an issue with several books that you purchased that are not mine (i.e. Black Indians of Law, Native American and Black American Softcover, The Lost books of the Bible, and the rest of the law books which I received from programming).

My request is to be called over to property to Settle and Terminate this issue, or for to bring over all of my property so that I may view my Items for proper retention, donation, post, placement, and or shipment. For Now, I'm in need of my legal and Personal Documents mail as stated in the first paragraph Numbered 1 thru 8.

Respectfully,

Derek Cryer
SMU-I / Cell #26
W-55424

C: File Hardcopy / 7-26-06

Grievance # 20646 

FORM "A"

**COMMONWEALTH OF MASSACHUSETTS**
**DEPARTMENT OF CORRECTION**
**INMATE GRIEVANCE FORM**

| INMATE'S NAME: Derek Cryer | INMATE'S #: W-55424 | DATE: 8-15-06 |
|---|---|---|
| INSTITUTION: Shirley Medium | DATE OF INCIDENT: Beginning 7-24-06 to 8-15-06 | |

**INSTRUCTIONS:**
1. Refer to 103 CMR 491, Inmate Grievance Policy.
2. In **Block B**, give a brief and understandable summary of your complaint/issue.
3. List any actions you may have taken to resolve this matter in **Block C**. Be sure to include the identity of staff members you have contacted.
4. Provide a Requested Remedy in **Block D**.

A. When filing an Emergency Grievance check Emergency.

_____ EMERGENCY

B. Give a brief and understandable summary of your complaint/issue. Additional paper may be used, if necessary. On July 19, 2006 I was sent to SMU. On July 24, 2006 Officer Shamus Pech brought my property over in which He had on his own account separated all my paperwork and gave me what "He Thought" was Legal or personal. The vast majority of the so called personal mail that He gave me was actually Legal mail. I informed Him of this mistake in which He insisted that my Legal mail which He deemed personal mail wasn't Legal mail. He gave me what was in the box and left. However I informed Him that I need and am missing alot of my Legal documents and personal mails in which He told me that they were contraband. I informed Him that my Legal and Personal mail is not "Contraband" rather it is "excess" Legal mail in which I have permission to have from the Deputy Gelb until my Legal issues are taken care of/resolved as I have had Two (2) Criminal Trials of paperwork on top of having to act Pro Se as my own Lawyer in a Pending Civil Lawsuit. I informed Officer Pech that the Property Department has a copy of the Deputy's letter for my approval for "excess" Legal mail, not Contraband. He told me that He would see the following week. On July 26, 2006 I wrote Officer Pech a letter requesting several Legal and Personal mail Documents and also requesting to be called to property to resolve my actual Contraband issues or in the alternative to bring over all my property at hand so that I may view it for retention, donation, disposal, placement or Shipment. This letter is attached hereto. The following week, July 31, 2006 Officer Pech →

C. List any action taken to address/resolve this matter. Include the identity of staff members you have contacted.

D. Provide your Requested Remedy. (1) Requesting to be brought to Property or have my Property brought to SMU so that I may reorganized my Legal papers from my Personal and Spiritual papers. (2) Request to receive my Legal, and Personal mails (3) Request to address and secure the issue of my Contrabanded Property. (4) Provide my Photo Album

Inmate's Signature Derek Cryer  Date: August 15, 2006

Staff Recipient _____ Date: _____

**DENIED GRIEVANCES MAY BE APPEALED TO THE REVIEWING AUTHORITY WITHIN 10 BUSINESS DAYS.**
(Inmate receipts/responses will be generated via the Inmate Management System.)

cc/File

(Continued)

Informed me that He did not receive my request letter. So I gave him a carbon copy of my request letter and He told me that He'll look into it but not this week. I told him that I need my legal work and also my personal mail, He told me that He aint doing nothing about it this week, and that He'll see me the following week. So on August 7, 2006 Officer Peck brought over some of my property and once again I had to go though the ritual of Officer Peck telling me what documents of mine were legal and which was not, to the point that He forced me to explain to Him in detail the legal theories of why I needed certain documents and how these documents were needed in a Lawsuit. So I had to explain to Him my evidentiary documents and how they are going to be used during the proceedings in order to receive my legal mail. After I explained it to him (which is illegal by the way) He still refused to give me the majority of my legal work. And when I asked Him to hand me my personal mail, He refused to give it to me, told me that I'm already over the limit on personal mail (which in fact was the Legal mail that I received He deemed Personal mail). Since July 17, 2006 I have been completely denied access to the Courts, and my Constitutional Rights to retain my personal letters and mail have and are continuously being denied. As it tands my property looks like it was hit by a tornado; prior to me being tossed every inch of my property was n Folders (Legal) and neatly organized and marked. The majority of the folders were ripped or gone, and the paperwork was scattered and mixed all over the place. Also, My mother died in 2000, and I'm being denied my amily photo album which holds my only pictures of Her.

Derek Cryer
SMU-I #26
W-55424

*Handwritten Copy*

TO: Shamus P. Peck, Property
FR: Derek Cryer / SMU I / #26 / W-55424
RE: Retained Property
DT: July 26, 2006

Dear Officer Peck,

I have Property in cell that I wish to either donate, destroy, or Placed in long term Storage. In exchange I need the following Items:

1) (My Family Photo Album) Not Allowed?
2) ~~My Legal Exhibits~~ From ~~/Kidnapping Complaint~~
3) ~~My 2nd Complaint Exhibits~~
4) (My Federal Legal Retrieval Forms)
5) (My Fin Parole Papers ~~Writ + Letters etc.~~)
6) (My Envelopes (Legal) : Personal Numbers and Addresses)
7) (My Personal Mail)
8) ~~My Inhouse and Ongoing Legal Copies~~

Furthermore I wish to donate and or mail home several other items such as books etc. However, there is an issue with several books that you retained that are not mine (i.e. Black Indians of Law, Native American and Black Americans Software, The lost books of the Bible, and the rest of the blue books which I received from programming).

My request is to be called over to property to solve and terminate this issue, or for us to bring over all of my property so that I can view my items for proper retention, donation, disposal, placement, AND or shipment. For Now, I'm in need of my Legal and Personal Documents I mail as stated in the first paragraph Numbered 1 Thru 8.

Respectfully,

Derek Cryer
SMU I / Cell #26
W-55424

CC: File/Handwritten/7-26-06



# DEPARTMENT OF CORRECTION
## INMATE GRIEVANCE FORM
### FORWARD TO INSTITUTIONAL GRIEVANCE COORDINATOR (IGC)

(#4)

| | | | | |
|---|---|---|---|---|
| ame | CRYER DEREK | Grievance# 20646 | Institution | MCI SHIRLEY (MEDIUM) |
| ommit No. | W55424 | Housing SMU1 | Date Of Incident 20060815 | Date Of Grievance 20060824 |

**omplaint**

On July 19, 2006 I was sent to SMU. On July 24, 2006 Officer Shamus Pech brought my property over to which he had on his own account seperated all my paperwork and gave me what "he thought" was legal or personal. The vast majority of the so called personal mail that he gave me was actually legal mail. I informed him of this mistake in which he insisted that my legal mail which he deemed personal mail wasn't legal mail. He gave me what was in the box and left. However I informed him that I need an missing alot of my legal document and personal mails in which he told me that they were contraband. I informed him that my legal and personal mail is not "contraband" rather it is "excess" Legal mail in which I have permission to have from the Deputy Gelb until my legal issues are taken care of /resolved as I have had two (2) criminal trials of paperwork on top of having to act Pro Se as my own lawyer in a pending civil lawsuit. I informed Officer Pech that the peropety department has a copy of the Deputys letter form my approval for "excess" legal mail, not contraband. He told me that he would see the following week. On July 26, 2006 I wrote Officer Pech a letter requesting several legal and personal mail documents and also requesting to be called to property to resolve my actual contraband issue or in the alternative to bring over all my property at hand so that I may view it for retention, donation, disposal, placement or shipment. This letter is attached hereto. The following week, July 31, 2006 Officer Pech informed me that he did not receive my request letter. So I gave him a carbon copy of my request letter and he told me that he'll look into it but not this week. I told him that I need my legal work and also so personal  mail. He told me that he ain't doing nothing about it this week, and that he'll see me the following week. So on Auguat 7, 2006 Officer Pech brought over some of my property and once again I had to go through the ritual of Officer Pec

**emedy equested**

1  Requesting to be brought to property or have my property brought to SMU so that I may re organized my legal papers from my personal and spiritual papers.  2  request to receive my legal, and personal mails  3  request to address and secure the issue of my contrabanded property.  4  provide my photo album

**aff cipient**

Walsh Sandra M  CO III

**aff volved**

Gelb Bruce I    DEPUTY SUPERINTENDENT
Peck Shamus P   CO I

**gnature**

---

### RECEIPT BY INSTITUTIONAL GRIEVANCE COORDINATOR

**te Received** 20060824    **Decision Date** 20060906

**gnature** Walsh Sandra M  CO III

**al Decision** PARTIAL APPROVAL

**cision**

You have been afforded the opportunity to go through several boxes of your property and organize as you requested.  As we discussed, property boxes will be brought to you, as you will not be brought to property from the SMU unit.  As for the photo album, this item is again not allowed for retention in the SMU unit. Please see Officer Peck if you have any further concerns regarding your property when he makes rounds in the SMU.  He will assist you with any existing property

# DEPARTMENT OF CORRECTION
## INMATE GRIEVANCE FORM
### FORWARD TO INSTITUTIONAL GRIEVANCE COORDINATOR (IGC)

| | | | |
|---|---|---|---|
| ame | CRYER DEREK | Institution | MCI SHIRLEY (MEDIUM) |
| ommit No. | W55424    Housing SMU1 | Date Of Incident 20060815 | Date Of Grievance 20060824 |

### RECEIPT BY INSTITUTIONAL GRIEVANCE COORDINATOR

issues. Grievance partially approved.

gnature _Lt Nahl_    Date 9-6-06

nied grievances may be appealed to the Superintendent within 10 working days of Institution ievance Coordinator's decision.

### INMATE RECEIPT

| | | | |
|---|---|---|---|
| me | CRYER DEREK | Institution | MCI SHIRLEY (MEDIUM) |
| ommit No. | W55424    Grievance# 20646 | Date Received | 20060824 |

gnature. Walsh Sandra M  CO III

FORM "B"

#5

# COMMONWEALTH OF MASSACHUSETTS
# DEPARTMENT OF CORRECTION
# INMATE GRIEVANCE APPEAL FORM

| INMATE'S NAME: Derek Cryer | INMATE'S #: W-55424 | DATE: 9-9-06 |
|---|---|---|
| INSTITUTION: Shirley Medium | ASSIGNED GRIEVANCE #: # 20646 | |

**INSTRUCTIONS:**
1. Refer to 103 CMR 491, Inmate Grievance Policy.
2. Provide your appeal argument in Block A, in a brief and understandable manner.
3. Provide your requested remedy in Block B.

**A. Provide your appeal argument in a brief and understandable manner.** attached hereto is a complete copy of my initial grievance # 20646 as the grievance officer Walsh failed to type out the entire contents of my original grievance.

Grievance # 20646 was partially approved stating that "I have been afforded to go through several boxes of my property to organize (my personal papers from legal papers) as I requested". This statement from the grievance office is untrue as I have never had on any occasion any opportunity to go through my property to organize it. Another issue that wasn't addressed by the grievance officer was the securing of my "over the limit" (OTL) property of legal and personal documents and books which the property officer deemed contraband and to date of which I received a "Final notice" for the disposal of that property. This over the limit property is not contraband as I have permission from Deputy Belb to store my over the limit legal property at the property department because I am my own lawyer in a civil action. at the conclusion of the case, the over the limit property in question will be sent out or destroyed.

**B. Provide your requested remedy** I have two request: ① For you to respectfully call property immediately and have all my property thats over the limit removed from the property's "Contraband list" before its destroyed by property.

② To allow me proper access to all my property so that I may reorganize it for near future use.

Inmate's Signature: Derek Cryer                Date: September 9, 2006

Staff Recipient _____                 Date: _____

(Inmate receipts/responses will be generated via the Inmate Management System.)

cc: File/

Pg 1 of 2

Grievance
#20646

FORM "A"

**COMMONWEALTH OF MASSACHUSETTS**
**DEPARTMENT OF CORRECTION**
**INMATE GRIEVANCE FORM**

| INMATE'S NAME: Derek Cryer | INMATE'S #: W-55424 | DATE: 8-15-06 |
|---|---|---|
| INSTITUTION: Shirley Medium | DATE OF INCIDENT: Beginning 7-24-06 to 8-15-06 | |

**INSTRUCTIONS:**
1. Refer to 103 CMR 491, Inmate Grievance Policy.
2. In **Block B**, give a brief and understandable summary of your complaint/issue.
3. List any actions you may have taken to resolve this matter in **Block C**. Be sure to include the identity of staff members you have contacted.
4. Provide a Requested Remedy in **Block D**.

A. When filing an Emergency Grievance check Emergency.

_____ **EMERGENCY**

B. Give a brief and understandable summary of your complaint/issue. Additional paper may be used, if necessary. On July 19, 2006 I was sent to SMU. On July 24, 2006 Officer Shamus Pech brought my property over in which He had on his own account separated all my paperwork and gave me what "He Thought" was legal or personal. The vast majority of the so called personal mail that He gave me was actually legal mail. I informed Him of this mistake in which He insisted that my legal mail which He deemed personal mail wasn't legal mail. He gave me what was in the box and left. However I informed Him that I need and am missing alot of my legal document and personal mails in which He told me that they were contraband. I informed Him that my legal and Personal mail is not "Contraband" rather it is "excess" legal mail in which I have permission to have from the Deputy Gelb until my legal issues are taken care of/resolved as I have had Two (2) Criminal Trials of paperwork on top of having to act Pro Se as my own Lawyer in a Pending Civil Lawsuit. I informed Officer Pech that the Property Department has a copy of the Deputys letter for my Approval for "excess" legal mail, not contraband. He told me that He would see the following week. On July 26, 2006 I wrote Officer Pech a letter requesting several legal and Personal mail Documents and also requesting to be called to property to resolve my actual contraband issues or in the alternative to bring over all my property at hand so that I may view it for retention, donation, disposal, placement or shipment. This letter is attached hereto. The following week, July 31, 2006 Officer Pech →

C. List any action taken to address/resolve this matter. Include the identity of staff members you have contacted.

D. Provide your Requested Remedy. ① Requesting to be brought to Property or have my Property brought to SMU so that I may reorganized my legal papers from my Personal and Spiritual Papers. ② Request to receive my Legal, and Personal mails ③ Request to Address and Secure the issue of my Contrabanded Property. ④ Provide my Photo Album

Inmate's Signature  Derek Cryer                     Date: August 15, 2006

Staff Recipient _____   Date: _____

**DENIED GRIEVANCES MAY BE APPEALED TO THE REVIEWING AUTHORITY WITHIN 10 BUSINESS DAYS.**
(Inmate receipts/responses will be generated via the Inmate Management System.)

C/File

Continued)

informed me that He did not receive my request letter. So I gave him a carbon copy of my request letter and he told me that He'll look into it but not this week. I told Him that I need my legal work and also my personal mail. He told me that He ain't doing nothing about it this week, and that He'll see me the following week. So on August 7, 2006 Officer Zech brought over some of my property and once again I had to go through the ritual of Officer Peck telling me what documents of mine were legal and which was not, to the point that He forced me to explain to Him in detail the legal theories of why I needed certain documents and how these documents were needed in a Law-suit. So I had to explain to Him my evidentiary documents and how they are going to be used during the proceedings in order to receive my legal mail. After I explained it to him (which is illegal by the way) He still refused to give me the majority of my legal work. And when I asked Him to hand me my personal mail, He refused to give it to me, told me that I'm already over the limit on personal mail (which in fact was the Legal mail that I received He deemed Personal mail). Since July 19, 2006 I have been completely denied access to the Courts, & my Constitutional Rights to retain my personal letters and mail have and are continuously being denied. As it stands my property looks like it was hit by a tornado; prior to me being tossed every inch of my property was in Folders (Legal) and neatly organized and marked. The Majority of the folders were ripped or gone, and the paperwork was scattered and mixed all over the place. Also, My Mother died in 2000, and I'm being denied my only photo album which holds my only pictures of Her.

Derek Cryer
SMV-I #26
W-55424

Handwritten Copy

TO: Shamus P. Peck, Property
FR: Derek Cryer / SMU-I / #26 / W: 55424
RE: Retained Property
DT: July 26, 2006

Dear Officer Peck,

I have Property in cell that I wish to either mail, destroy, or Placed in long term Storage. In exchange I need the following Items:

1). (My Family Photo Album) Not Allowed?
2). My Legal Exhibits From 1st Supplemental Complaint
3). My 2nd Supplemental Complaint Exhibits
4). (My Federal Legal Letterhead Forms)
5). (My Few Private Papers/Exhibit Literature)
6). (My Envelopes/legal: Personal Numbers and Addresses)
7). (My Personal Mail)
8). My Inbox and Outgoing Legal Copies

Furthermore I wish to donate and or mail home several other Items such as books etc. However, There is an issue with several books that you purchased that are not mine (i.e. Black Indians + Cowboys, Native Americans and Black Americans Softcover, The lost books of the Bible, and the rest of the law books which I received From Programming).

My request is to be called over to property to Solve and Terminate this issue, or For to bring over all of my property so that I can view my Items for proper retention, donation, mail, placement, and or shipment. For Now, I'm in need of my Legal and Personal Documents mail as stated in the first paragraph Numbered 1 Thru 8.

Respectfully,

Derek Cryer
SMU-I / cell #26
W55424

C: File Hardcopy / 7-26-06

TO: Property Sargeant

FR: Derek Cryer SMU-I #26

RE: Contraband Property / 1 Cubic Ft. OTL

DT: August 29, 2006

(#6)

Dear Sargeant,

I have been given a Final Notice to dispose of Contraband. The Contraband in question, 1 Cubic Ft. OTL, is in Fact NOT Contraband Items, But Legal and Spiritual Documents and papers, Some Personal Mail Which I have permission to Store at the Property Department From Deputy Gelb until my Legal Cases Are resolved. I also have books.

I Am enclosing a Copy of my letter of Approval From Deputy Gelb. Please bring ALL my Property to SMU-I So that I may Re-organize it to provide you with what materials are Legal and which are Personal, and also to determine what, if necessary, I need to dispose of, Donate, or Mail out.

Also, So that my OTL Property is not Thrown Away, Please immediately Remove my property From your "Contraband" Item List. Thank You.

Derek Cryer
SMU-I #26
Shirley Medium

Inst. # W-55424

File



103 CMR 403.14

SMN
20.646

# Massachusetts Department of Correction
## PROPERTY CONTRABAND NOTIFICATION AND DISPOSAL FORM

Institution:  MCI SHIRLEY
(MEDIUM)

*REMOVAL OF PROPERTY REQUESTED BY INMATE*

Inmate: DEREK CRYER          Commit # W55424          First Notice Dat 20060721

The following items have been deemed contraband and are not allowed in this facility

| Item | Quantity | Condition | Serial | Seal # | Description |
|---|---|---|---|---|---|
| Letters/Photos/News clippings | 1 | | | | 1+ cubic ft. OTL. |
| Total: | 1 | | | | |

These articles must be disposed of in accordance with 103 CMR 403.14. Please select a method of disposal

**Cost to mail:**

I choose to have my proper

[ ] retrieved by a visitor    [ ] mailed out to a specified destination    [ ] disposed of as seen fit by the institution

Name:
Address:
City:             State:                Zip:
Telephone

Inmate Authorization                           Date:

**Property Pick-up Acknowledgement**

Visitor ID [ ] valid state ID /driver's license [ ] military ID  [ ] passport  [ ] Dept. Transitional Assistance (Welfare)

I,                    have received and accept responsibility for all of the items listed on the

Visitor:                                              Date:

Property Office                                       Date

**Final Notice**

In accordance with 103 CMR 403.14, you are being issued a final notice to have your contraband property items listed above

[ ] No response from Inmate

Date Disposed of                    Property Office




*The Commonwealth of Massachusetts*
*Executive Office of Public Safety*
*Department of Correction*
**MCI-Shirley**
**P. O. Box 1218**
**Shirley, Massachusetts 01464**
(978) 425-4341, Fax (978) 514-6601
www.mass.gov/doc

**Mitt Romney**
*Governor*
**Kerry Healey**
*Lieutenant Governor*
**Edward A. Flynn**
*Secretary*

**Kathleen M. Dennehy**
*Commissioner*
**James R. Bender**
*Deputy Commissioner*
**Michael A. Thompson**
*Superintendent*

## MEMORANDUM

TO:     Derek Cryer, W55424  (C2)

FROM:   Bruce Gelb, Deputy Superintendent of Operations

DATE:   January 19, 2006

RE:     **ADDITIONAL LEGAL DOCUMENTS**

---

I am in receipt of your letter dated December 29, 2005 requesting to retain excess legal paperwork within your cell.

Be advised that I am not inclined to continue to approve this request. You will be required to turn in the documents that are over the limit and then work out a schedule with the Property Department.

I trust your concerns have been addressed.

BG/daf

Cc: Sgt. Arthur Lambert, Property Officer
    File

*Sgt Lambert, Regarding this Topic, will you Kindly set up a meeting with me to discuss a schedule For Access to my legal work please. Thank you Derek S.B.W Cryer 1·21·06*

*You Are Scheduled for an Appointment on Thursday at 10 am 1/2/2006 Bring This letter with you SgT*

"Accredited by the Commission on Accreditation for Corrections"

TO: Bruce Gelb, Deputy of Operations
FR: Derek Coyer / SMU-I #26 / W-55424
RE: "Over The Limit" Contrabanded Property
DT: September 7, 2006

(#7)

Dear Mr. Gelb,

I have written to The Property Department several times as well as filed a grievance) to resolve the issue of my Personal and Legal property being Contrabanded of which The Grievance Officer and the Property Department has refused to respond to, to date. Both of the correspondence to Property and the Grievance are attached hereto.

Recently I have just received a "Final Notice" for disposal of my Property and responded with the above letter to The Property Sargeant of which I have gotten no response.

As you know, the only reason why I have excess property is because I am my own Attorney in a Civil action as well as having had Two (2) Criminal Trials. Yourself, as well as past Deputies have approved my request to store "Over the limit" (excess) property with the knowledge that once my Civil action is over that all excess property will immediately be sent out of the prison. I am not requesting to retain all my excess property within the cell, only to have it stored in accordance with your January 19, 2006 Approval until the civil action is settled.

I request your immediate intervention on this issue as the documents in question are Legal, Spiritual (Religious), and Personal Documents all of which pertain, rather most of which pertains to my Civil Lawsuit where I act as my own Attorney. Please Respond swiftly, I ask in Respect. Thank you.

Derek Coyer
SMU-I #26
Inst. # W-55424

file/

TO: Property Sargeant

FR: Derek Cryer SMU-I #26

RE: Contraband Property / 1 Cubic Ft. OTL

DT: August 29, 2006

Dear Sargeant,

I have been given a Final Notice to dispose of Contraband. The Contraband in question, 1 Cubic Ft. OTL, is in Fact NOT Contraband Items, But Legal and Spiritual Documents and papers, Some Personal Mail which I have permission to Store at the Property Department From Deputy Gelb until my Legal Cases are resolved. I also have books.

I Am enclosing A Copy of my letter of Approval From Deputy Gelb. Please bring All my Property to SMU-I So that I may Re-organize it to provide you with what materials Are Legal And which Are Personal, and also to determine what, F necessary, I need to dispose of, Donate, or Mail out.

Also, So that my OTL Property is not Thrown Away, Please immediately Remove my property From your "Contraband" Item List. Thank you.

Derek Cryer
SMU-I #26
Shirley Medium

Inst. # W-55424

File

103 CMR 403.14

## Massachusetts Department of Correction
## PROPERTY CONTRABAND NOTIFICATION AND DISPOSAL FORM

3 of 4     SMM
                20646

Institution: **MCI SHIRLEY (MEDIUM)**

*REMOVAL OF PROPERTY REQUESTED BY INMATE*

Inmate: **DEREK CRYER**    Commit # **W55424**    First Notice Dat **20060721**

The following items have been deemed contraband and are not allowed in this fa

| Item | Quantity | Condition | Serial | Seal # | Description |
|------|----------|-----------|--------|--------|-------------|
| Letters/Photos/News clippings | 1 | | | | 1+ cubic ft. OTL. |
| Total: | 1 | | | | |

These articles must be disposed of in accordance with 103 CMR 403.14. Please select a method of disp

**Cost to mail:**

I choose to have my proper

[ ] retrieved by a visitor    [ ] mailed out to a specified destinati    [ ] disposed of as seen fit by the institut

Name: _____
Address: _____
City: _____    State: _____    Zip: _____
Telephone: _____
Inmate Authorization: _____    Date: _____

**Property Pick-up Acknowledgem**

Visitor ID [ ] valid state ID /driver's lice [ ] military ID [ ] passpo [ ] Dept. Transitional Assistance (Welfa

I, _____ have received and accept responsibility for all of the items listed on th

Visitor: _____    Date: _____

Property Office: _____    Date: _____

In accordance with 103 CMR 403.14, you are being issued a final notice to have your contraband property items listed above

[ ] No response from Inmate

Date Disposed of _____    Property Office _____

4 of 4




## The Commonwealth of Massachusetts
### Executive Office of Public Safety
### Department of Correction
## MCI-Shirley

P. O. Box 1218
Shirley, Massachusetts 01464
(978) 425-4341, Fax (978) 514-6601
www.mass.gov/doc

**Mitt Romney**
*Governor*
**Kerry Healey**
*Lieutenant Governor*
**Edward A. Flynn**
*Secretary*

**Kathleen M. Dennehy**
*Commissioner*
**James R. Bender**
*Deputy Commissioner*
**Michael A. Thompson**
*Superintendent*

### **MEMORANDUM**

**TO:**       Derek Cryer, W55424  (C2)

**FROM:**   Bruce Gelb, Deputy Superintendent of Operations

**DATE:**   January 19, 2006

**RE:**       **ADDITIONAL LEGAL DOCUMENTS**

---

I am in receipt of your letter dated December 29, 2005 requesting to retain excess legal paperwork within your cell.

Be advised that I am not inclined to continue to approve this request. You will be required to turn in the documents that are over the limit and then work out a schedule with the Property Department.

I trust your concerns have been addressed.

BG/daf

Cc: Sgt. Arthur Lambert, Property Officer
    File

*Handwritten notes:*

"You Are Scheduled for an Appointment on Thursday at 10 am 1/2/2006. Bring this letter with you. S/L"

"Sgt Lambert, Regarding this Topic, will you kindly set up a meeting with me to discuss a schedule for access to my legal work place. Thank you, Derek S.B.U. Cryer 1·21·06"

*"Accredited by the Commission on Accreditation for Corrections"*