UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**DEREK SINCERE BLACK WOLF CRYER,**

    **Plaintiff,**

    v.          C.A. No. 05-11289-RCL

**KATHLEEN M. DENNEHY, et al.,**

    **Defendants.**

## DEFENDANTS' MOTION TO DISMISS

Defendants, through counsel, hereby move this court to dismiss the complaint for failure to state a claim upon which relief can be granted, pursuant to Fed. R. Civ. P. 12(b)(6).

In support of this motion, defendants submit the attached memorandum of law.

Dated: November 17, 2006          Respectfully submitted,

         NANCY ANKERS WHITE
         Special Assistant Attorney General

         /s/ Richard C. McFarland_____
         Richard C. McFarland, BBO# 542278
         Legal Division
         Department of Correction
         70 Franklin Street, Suite 600
         Boston, MA 02110-1300
         (617) 727-3300, Ext. 132