UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DEREK SINCERE BLACK WOLF CRYER

    Plaintiff,

V.

KATHLEEN DENNEHY, MICHAEL THOMPSON,
CAROL MICI, GREG McCANN, TINA RANNO,
MAE ROBINSON, GREG POLADIAN,
TOM LAVELLE, WILLIAM TAYLOR

    Defendants,

CIVIL ACTION
NO. 1:05-cv-11289-RCL

## MOTION FOR COURT TO PROCEED ON PLAINTIFF'S MOTION FOR LEAVE TO SERVE 2ND SUPPLEMENTAL COMPLAINT

Plaintiff's Motion to serve 2ND supplemental complaint was denied without prejudce by the Court and entered on 7/27/06 in the Docket Text. Plaintiff request that the Court proceed on the motion as the Plaintiff has requested ex parte consideration, and has submitted a certificate of service which is attached hereto.

                                      Respectfully submitted,

                                      Derek Sincere Black Wolf Cryer, Pro se
                                      MCI Shirley Medium

**DATED:** November 16, 2006      P.O. Box 1218 - Harvard Road
                                      Shirley, MA. 01464

CC: file/11-16-06

CERTIFICATE OF SERVICE

---

    The undersigned hereby certifies that a true copy of the foregoing motion has been served upon the Clerk of the U.S. District Court of Massachusetts by 1ST Class Mail, Postage Prepaid.

                                              Derek Sincere Black Wolf Cryer, Pro se
                                              MCI Shirley Medium

**DATED:** November 16, 2006        P.O. Box 1218 - Harvard Road
                                              Shirley, MA. 01464

CC: File/11-16-06