UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Susan Jenness, Pro Se Intake Clerk
Office of the Clerk
United States District Court
1 Courthouse Way, Suite 2300
Boston, Ma. 02210

DATE: November 30, 2006

RE:   CRYER   v.   DENNEHY et al            Case# 1:05-cv-11289-RCL

Dear Clerk,

On November 29, 2006 I received a copy of the Case Name Docket Text. It states that on 10/26/06 my "Motion For Court to proceed on Plaintiff's Preliminary Injunction" was denied. I have never received any Denied Order to date in the mail. **Please send me the Denied Order.**

Also, on August 29, 2006 I submitted to the Court two Motions which were placed in separate Manila Envelopes and sent in a larger Manila Envelope together. It cost Twelve (12) Thirty-Nine cent (.39) Stamps. One motion was a "Motion to Compel", the other a "Motion to Proceed on Preliminary Injunction". The Docket Text shows that The "Motion to Proceed on Preliminary Injunction" was Filed (See Docket Text #38) but The "Motion to Compel" does not show on the Docket Text. This is absolutely Impossible because both motions were sent in the same package. I have Filed a grievance against the Prison as I have had numerous issues with my Legal and Personal mail. Please check your Records or Office Again to make sure this is not your error. Please Respond Immediately. Thank you very much.

Sincerely,

Derek Spence Black Wolf Cryer, Pro Se
Derek Spence Black Wolf Cryer, Pro Se
MCI Shirley Medium
P.O. Box 1218 - Harvard Road
Shirley, MA. 01464

CC: Judge Reginald Lindsay
Filed 11-30-2006