UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DEREK SINCERE BLACK WOLF CRYER

    Plaintiff,

V.

KATHLEEN DENNEHY, MICHAEL THOMPSON,
CAROL MICI, GREG McCANN, TINA RANNO,
MAE ROBINSON, GREG POLADIAN,
TOM LAVELLE, WILLIAM TAYLOR

    Defendants,

CIVIL ACTION

NO. 1:05-cv-11289

## Plaintiff's Motion Request To Enlarge Time

Plaintiff who is a Pro Se litigant, to date and since July 19, 2006 has been housed in the Segregation unit of the facility where he resides. Access to the Prison Law Library clerk has been non existent, and access to the Segregation Law Library has been at best 1 hour per week on average. Plaintiff states that he is up against Defendants motion to Dismiss and requires time enough to research Case Law, make request to prison warden seeking permission to retain affidavits from other Native Members of the Indian Council in Support of Plaintiffs' Opposition Motion, and to investigate and make informed responses to the allegations made in Defendants motion to Dismiss.

For the reasons stated above Plaintiff request the Court an Enlargement of time up to and including January 1, 2007.

Respectfully Submitted,

Derek Sincere Black Wolf Cryer, Pro Se
Derek Sincere Black Wolf Cryer, Pro Se
MCI Shirley Medium
P.O. Box 1218 - Harvard Road
Shirley, MA. 01464

DATE: November 25, 2006

CC: File //11-25-06

CERTIFICATE OF SERVICE

---

The undersigned hereby certifies that a true copy of the foregoing motion /document has been served upon Defendants Counsel Richard C. McFarland by first class mail, postage prepaid to 70 Franklin Street/Suite 600/Boston, MA. 02110-1300.

DATED: November 25, 2006

Derek Sincere Black Wolf Cryer, Pro se
MCI Shirley Medium
P.O. Box 1218 - Harvard Road
Shirley, MA. 01464

CC: File "#4"/11-25-06

CERTIFICATE OF SERVICE

_____

The undersigned hereby certifies that a true copy of the foregoing motion has been served upon the Clerk of the U.S. District Court of Massachusetts by 1ST Class Mail, Postage Prepaid.

**DATED:** November 25, 2006

Derek Sincere Black Wolf Cryer, Pro se
MCI Shirley Medium
P.O. Box 1218 - Harvard Road
Shirley, MA. 01464

CC: File/11-25-06