UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DEREK SINCERE BLACK WOLF CRYER

    Plaintiff,

    v.

KATHLEEN DENNEHY, MICHAEL THOMPSON,
CAROL MICI, GREG McCANN, TINA RANNO,
MAE ROBINSON, GREG POLADIAN,
TOM LAVELLE, WILLIAM TAYLOR

    Defendants,

CIVIL ACTION

NO. 1:05-cv-11289

Ex Parte is Considered

Renewed Motion for Appointment of Counsel

Plaintiff request court to appoint Counsel because Plaintiff is in a unit of Segregation and is unable to attain evidence in support of Plaintiffs Motions or Conduct proper discovery (see attached Exh. 1). Also, Plaintiffs Motions and letters to the Court are not reaching the Courthouse and states the Defendants he believes are the ones intercepting Plaintiff Correspondences to gain leverage in the case in which time stands to be dismissed (see attached Exh. 2, Grievance) and (see attached Exh. 3, letter to Judge Lindsay). Furthermore, Plaintiff for the past five months (since July 11, 2006) has been denied complete access to the Prison's law clerk, Denied legal books including the "Prisoners Self-Help Litigation Manual" which is the main source of instruction for the Plaintiff and also on average have been allowed/restrained to one (1) hour per week access to the segregation law library. Plaintiff has also suffered a severe anxiety attack on November 12, 2006. For these reasons, Plaintiff request counsel please. Respectfully Submitted,

DATE: December 5, 2006

CC: File/12-5-06

Derek Sincere Black Wolf Cryer, Pro Se
Derek Sincere Black Wolf Cryer, Pro Se
MCI Shirley Medium
P.O. Box 1218 - Harvard Road
Shirley, MA. 01464

Ex. 1

RECEIVED
NOV 28 2006
SUPERINTENDENT'S OFFICE

REQUEST TO STAFF

DATE: November 25, 2006

TO: Michael Thompson, Warden
(name and title of staff member)

SUBJECT: State completely but briefly the problem on which you desire assistance, give details.

As you know I am a Pro Se Plaintiff in the Federal District Court where I initiated a Civil Lawsuit in which you are a named Defendant. Your Attorney on November 17, 2006, filed a Motion to Dismiss my Complaint in which I must Respond to. As my own Attorney I need to Speak to All of the Members of the Native Indian Council here at Shirley Medium to retain Statements and Affidavits in Support of my Opposition Motion to Dismiss my Complaint.

(use other side of page if more space is needed)

---

ACTION REQUESTED: State exactly how you believe your request may be handled, that is, exactly what you think should be done and how.

Provide a Private Area For the Purpose of Meeting with The Members of The Native Indian Council in a Group or Individually.

NAME: Derek Cryer                    No: W55424
WORK ASSIGNMENT: N/A                 HOUSING UNIT: SMU I #26

NOTE: If you follow instructions in preparing your request, it can be disposed of quickly and intelligently. You will be interviewed, if necessary, in order to satisfactorily handle your request. Your failure to specifically state your problem may result in no action taken.

DISPOSITION: (Do not write in this space.)

Denied. Inmates in SMU prohibited from such a meeting due to security issues

11/30/2006
DATE                                 STAFF SIGNATURE

CC: File/11-25-06

*1 of 2 pgs*

*Exh. 2*

ATTACHMENT "A"

DEPARTMENT OF CORRECTION
INMATE GRIEVANCE FORM
FORWARD TO THE INSTITUTIONAL GRIEVANCE COORDINATOR (IGC)

SECTION "A"

NAME: Derek Cryer  INSTITUTION: Shirley Med___

NUMBER: W_____  HOUSING UNIT: ___-E #2_  DATE OF INCIDENT: 11-29-06

COMPLAINT: On 11-29-06 I received a docket sheet from the Federal Court. It does not show that the Court received my "Motion to Compel" which was I had on Sept 29, 2006. This is not my first complaint regarding Shirley Medium mail problems.

(ATTACH ADDITIONAL PAGE IF NECESSARY)

REMEDY
REQUESTED: Inform staff to discontinue to restrict my mail to the Courts

INMATE SIGNATURE: Derek Cryer   DATE: 12-2-06

STAFF RECIPIENT: _____   DATE: ____

DATE RECEIVED: _____

SECTION "B"

ASSIGNED GRIEVANCE NUMBER: _____

DECISION RENDERED:  ___ APPROVED
                    ___ DENIED

SUMMARY OF FINDINGS:
_____
_____
_____
_____
_____

IGC SIGNATURE: _____   DATE: _____
(DENIED GRIEVANCES MAY BE APPEALED TO THE SUPERINTENDENT WITH 10 DAYS OF IGC'S DECISION.)

SECTION "C"
INMATE GRIEVANCE RECEIPT

01/05/01                                                    491 - 13

CC: File/12-2-06

# COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
## INMATE GRIEVANCE FORM
### FORWARD TO INSTITUTIONAL GRIEVANCE COORDINATOR (IGC)

| | | | | | | |
|---|---|---|---|---|---|---|
| Name | CRYER DEREK | Grievance# | 23366 | Institution | MCI SHIRLEY (MEDIUM) | |
| Commit No. | W55424 | Housing | SMU1 | Date Of Incident | 20061129 | Date Of Grievance | 20061206 |

**Complaint:** On 11-29-06 I received a Docket Text From the Federal Cout. It does not show that the Court received my "Motion to Compel" which was Filed on August 29, 2006. This is not my First Complaint regarding Shirley Mediums Mail Problems.

**Remedy Requested:** Inform staff to discontinue to restrict my mail to the courts.

**Staff Recipient:** Walsh Sandra M  CO III

**Staff Involved:**

**Signature:**

---

### RECEIPT BY INSTITUTIONAL GRIEVANCE COORDINATOR

Date Received  20061206    Decision Date

Signature

Final Decision

Decision

Signature  _Lt Walsh_    Date  12.6.06

Denied grievances may be appealed to the Superintendent within 10 working days of Institution Grievance Coordinator's decision.

---

### INMATE RECEIPT

| | | | | | |
|---|---|---|---|---|---|
| Name | CRYER DEREK | | Institution | MCI SHIRLEY (MEDIUM) | |
| Commit No. | W55424 | Grievance# | 23366 | Date Received | 20061206 |

Signature.  Walsh Sandra M  CO III

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DEREK SINCERE BLACK WOLF CRYER

    Plaintiff,

V.

KATHLEEN DENNEHY, MICHAEL THOMPSON,
CAROL MICI, GREG McCANN, TINA RANNO,
MAE ROBINSON, GREG POLADIAN,
TOM LAVELLE, WILLIAM TAYLOR

    Defendants,

CIVIL ACTION

NO. 1:05-cv-11289

Ex-3

December 7, 2006

Judge Reginald C. Lindsay;  Due to the attached facts, I'm submitting my motion directly to you. Please find enclosed the following documents for your viewing and order:

1). "Plaintiffs Opposition Motion to Dismiss Defendants Motion to Dismiss". (1 Page)

2). "Plaintiffs facts Memorandum of Law and Supporting Documents in Opposition To Defendants Motion to Dismiss". (15 Pages)

3). "Numeral Exhibits" (1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, and 15)

4). "Alphabetical Exhibits" (A, B, C, D, E, F, G, H, N, R, V, W, X, Y, DD, EE, II, JJ, KK, PP, RR, UU, VV, and III).

5). Plaintiffs "Certificate of Service".

Respectfully Submitted,

Derek Sincere Black Wolf Cryer, Pro Se
Derek Sincere Black Wolf Cryer, Pro Se
MCI Shirley Medium
P.O. Box 1218 - Harvard Road
Shirley, MA. 01464

CC: Christa Rubin
File/12-7-06

Note: Please send a copy of my Docket Text upon entering the enclosed Motion to the Docket Entries. Thank you!

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Exh 3

DEREK SINCERE BLACK WOLF CRYER

    Plaintiff,

V.

KATHLEEN DENNEHY, MICHAEL THOMPSON,
CAROL MICI, GREG McCANN, TINA RANNO,
MAE ROBINSON, GREG POLADIAN,
TOM LAVELLE, WILLIAM TAYLOR

    Defendants,

CIVIL ACTION

NO. 1:05-cv-11289

December 7, 2006

Judge Reginald C. Lindsay,

    On August 29, 2006 I submitted a Notarized "Motion to Compel" (see attached Exhibit 15 in Plaintiffs Opposition Motion) in the same exact Envelope together with a "Motion For Court To Proceed on Plaintiffs Preliminary Injunction". In Docket Text #38 it shows that the latter Motion was entered. However, my Notarized "Motion to Compel" was not entered on that Docket Entry, nor does it show up anywhere else in the entire Docket Entry Text. Furthermore Judge Lindsay I wrote to the Court on September 14, 2006, September 20, 2006, September 28, 2006, October 11, 2006, and October 20, 2006 requesting a Copy of my Docket Entries; all of these requests were not only not responded to, but they are also not present anywhere in the Docket Entries of which I received on November 29, 2006, of which Twenty days earlier, Coincidentally, the Defendants (whom has every bit of Control over my outgoing and Incoming mail) serve me with a "Motion to Dismiss" on November 17, 2006. I have filed a grievance pertaining to my Notarized "Motion to Compel" not reaching the Courthouse.

    Furthermore, on November 25, 2006 I submitted a "Motion request to Enlarge Time" for my deadline Opposition Motion to the Court and resubmitted

Case 1:05-cv-11289-RCL   Document 46   Filed 12/12/2006   Page 7 of 8

Pg 2 of 2        3 of 3 pgs.        Exh. 3

a copy of that Motion on November 30, 2006. To date I have not received any response to that motion and submit my opposition motion on this day December 7, 2006 to meet the 14 day deadline requirement because I will not be able to know whether or not said Motion was granted or denied as legal mail in the segregation unit, where I'm housed, does not get passed out until about 10:00 pm, To late to access the general mail pick-up box.

I request that the Court take these above facts into consideration in ruling upon Plaintiff's opposition motion. Plaintiff also request that the Court afford/appoint Counsel.

Respectfully Submitted,

Derek Sincere Black Wolf Cryer, Pro Se
Derek Sincere Black Wolf Cryer, Pro Se
MCI Shirley Medium
P.O. Box 1218 - Harvard Road
Shirley, MA. 01464

CC: Christo Robin
    Fch/12-7-06

## CERTIFICATE OF SERVICE

_____

The undersigned hereby certifies that a true copy of the foregoing motion has been served upon the Clerk of the U.S. District Court of Massachusetts by 1ST Class Mail, Postage Prepaid.

DATED: December 8, 2006

Derek Sincere Black Wolf Cryer, Pro se
MCI Shirley Medium
P.O. Box 1218 - Harvard Road
Shirley, MA. 01464

CC: File/12-8-06