UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Pro se Intake Clerk
Office of the Clerk
United States District Court
1 Courthouse Way, Suite 2300
Boston, Ma. 02210

FILED
IN CLERKS OFFICE

2006 DEC 15 P 12: 21
DATE: 12-12-06
U.S. DISTRICT COURT
DISTRICT OF MASS.

RE:   Cryer   v.   Dennehy et al         Case No. 1:05-cv-11289 RCL

Dear Clerk,

① Please inform the Judge that I have not yet Received any response to my "Motion For Extension of Time" pertaining to the opposition motion. ② Please also tell the Judge that my "motion to Compel" the Defendants discovery was not docketed on the docket entries sheets. As well as Five (5) other letters of request to the Court requesting Docket Entries. ③ I also sent my "opposition motion" to dismiss Defendents motion to Dismiss and Sent a Copy as well of which I do not know if these Documents have reached the Courthouse. Please inform me immediately as I have now been transferred to a new 6 Prison For "Copy a grievance" and "Lying" because I said I didn't Copy them. These are all techniques used by the Department of Correction when they feel their about to lose regardless of the Criminality in it. Please Inform the Judge that my Documents are not reaching the Courthouse!

Derek Sincere Black Wolf Cryer, Pro se
Derek Sincere Black Wolf Cryer, Pro se
~~MCI Souza-Baranowski~~
New Address → P.O. Box 8000 - Harvard Road
Shirley, Ma. 01464

CC: File