UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DEREK SINCERE BLACK WOLF CRYER

  Plaintiff,

  v.

KATHLEEN DENNEHY, MICHAEL THOMPSON,
CAROL MICI, GREG McCANN, TINA RANNO,
MAE ROBINSON, GREG POLADIAN,
TOM LAVELLE, WILLIAM TAYLOR

  Defendants,

FILED
X CLERKS OFFICE
CIVIL ACTION
2006 DEC 19  P 3 30
NO. 1:05-CV-11289

U.S. DISTRICT COURT
DISTRICT OF MASS.

## Affidavit of Derek Sincere Black Wolf Cryer

I, Derek Sincere Black Wolf Cryer, depose and hereby state the following:

1). On August 29, 2006 I submitted a notarized "Motion to Compel" to the Court which was in the same mailing package of my submitted "Motion For Court to proceed on Plaintiff's Preliminary Injunction (see Docket Text #38).

2). However, my "Motion to Compel" was never entered on that date nor anywhere else in the docket text.

3). I wrote to the Court requesting a copy of my Docket entries on September 14, 2006, September 20, 2006, September 23, 2006, October 11, 2006, and October 20, 2006; none of these request letters were responded to nor was any of these request letters documented in/on the docket entries of which I received on November 29, 2006.

4). Coincidentally the defendants (who maintains sole control over my outgoing and incoming mail) serve me with a "Motion to Dismiss" on November 17, 2006.

5). On November 25, 2006 I submitted a "Motion request to Enlarge Time" for my deadline opposition motion and followed up by sending a

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DEREK SINCERE BLACK WOLF CRYER

    Plaintiff,

v.

KATHLEEN DENNEHY, MICHAEL THOMPSON,
CAROL MICI, GREG McCANN, TINA RANNO,
MAE ROBINSON, GREG POLADIAN,
TOM LAVELLE, WILLIAM TAYLOR

    Defendants,

FILED
CLERKS OFFICE
CIVIL ACTION
2006 DEC 19 P 3:59
NO. 1:05-cv-11289
U.S. DISTRICT COURT
DISTRICT OF MASS.

Copy of some motion to the Court on November 30, 2006. To date I have not received an order on said motion.

6). Although I was unable to submit my "Opposition Motion" to the Defendants Motion to Dismiss on December 7, 2006 as previously planned, I did in fact give my "Opposition Motion" to Segregational Officer "Bowers" for it to be forwarded to the mailroom at Shirley medium prison for proper service to the Courts on December 8, 2006. This was because my motion was too thick in size to fit in the Segregation Mailbox.

7). On December 8, 2006 I filed / mailed to the Court a motion for the appointment of Counsel with attached exhibits in support.

8). I as the pro se plaintiff in this case accuse the defendants of failing to forward all of the above motions and letters to the Court (all that didn't make it to the Court) to gain leverage in the current action for dismissal.

9). Furthermore, and for the same purpose of gaining unfair leverage in the current action, the Defendants Michael Thompson and possibly Kathleen Dennehy has sent me from Shirley medium-Level 4 Security, to Souza-Baranowski - a Supermaximum Level 6 Prison for being found guilty on a disciplinary report of "Copying Two(2) grievances" and "Lying" because I said I did not copy said grievances. I was transferred to this Level 6 Prison on December 12, 2006 where I am presently held.

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DEREK SINCERE BLACK WOLF CRYER

    Plaintiff,

v.

KATHLEEN DENNEHY, MICHAEL THOMPSON,
CAROL MICI, GREG McCANN, TINA RANNO,
MAE ROBINSON, GREG POLADIAN,
TOM LAVELLE, WILLIAM TAYLOR

    Defendants,

CIVIL ACTION

NO. 1:05-cv-11289

10). I do not have any other means of making sure that my motions reach the Courthouse, and if the Court is unable to view my motions, a letter the Court will order in favor of any and all of Defendants motions based on "non-opposition" from me.

11). I have both Carbon Copies and Handwritten Copies of each document I ever written and submitted to the Court, and am being given minimal access to the Law Library, Legal Books, and no access to a Law Clerk for the past almost five months, since July 19, 2006.

12). I request Counsel only because I need Counsel, without Counsel this Case will eventually be dismissed due to the above reasons.

I, the undersigned states that all of the above information is True and Accurate. Signed under the Pains and Penalties of Perjury on this 14th day of December in the year 2006.

                                Derek Sincere Black Wolf Cryer, Pro Se
                                Derek Sincere Black Wolf Cryer, Pro Se
                                Souza-Baranowski-Level 6
CC: File 12-14-06                  P.O. Box 8000
                                Shirley, MA 01464

CERTIFICATE OF SERVICE

---

The undersigned hereby certifies that a true copy of the foregoing motion has been served upon the Clerk of the U.S. District Court of Massachusetts by 1ST Class Mail, Postage Prepaid.

DATED: December 19, 2006

Derek Sincere Black Wolf Cryer, Pro se
MCI Shirley Medium
P.O. Box 1218 - Harvard Road
Shirley, MA 01464

CC: File/12 19.06

Derek Sincere Black Wolf Cryer, Pro se
Derek Sincere Black Wolf Cryer, Pro se
Souza-Baranowski Land 6
P.O. Box 8000
Shirley, MA. 01464