UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Pro se Intake Clerk
Office of the Clerk
United States District Court
1 Courthouse Way, Suite 2300
Boston, Ma. 02210

FILED
IN CLERKS OFFICE

2006 DEC 22 P 12: 22

U.S. DISTRICT COURT
DISTRICT OF MASS.

DATE: December 19, 2006

RE:   Cryer   v.   Dennehy et al, Case No. 1:05-cv-11289 RCL

Dear Clerk,

Attorney Bradley W. Brockmann of Massachusetts Correctional Services (M.C.L.S.) spoke with Docket Clerk Steve York on Monday, December 18, 2006 on my behalf regarding several letters and motions I submitted to the Court which some have never reached the Courthouse due to interference by jail officials in order to gain leverage in the current civil action. Mr. York informed attorney Brockmann to inform me that I should re-submit said documents immediately. However, I do not know whether or not my latest motions, affidavits or letters reached the Court because I do not have a Docket Entry.

Please send me a copy of my latest Docket Entries including the entry of this written document. Please regard swiftly. Thank you.

*New Address: →

Derek Sincere Black Wolf Cryer, Pro se
Derek Sincere Black Wolf Cryer, Pro se
S.B.C.C.
P.O. Box 8000
Shirley, MA. 01464-8000

~~Derek Sincere Black Wolf Cryer, Pro se~~
~~MCI Shirley Medium~~
~~P.O. Box 1218 - Harvard Road~~
~~Shirley, Ma. 01464~~

CC: File/ H.V./ 12-19-06