UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Judge Reginald C. Lindsay
United States District Court
1 Courthouse Way, Suite 2300
Boston, MA. 02210

FILED
IN CLERKS OFFICE

2007 JAN 10  P 2: 11

U.S. DISTRICT COURT
DISTRICT OF MASS.

DATE: January 6, 2007

RE:   Cryer   v.   Dennehy et al       Case No. 1:05-cv-11289

Dear Judge,

In my December 26, 2006 petition to you I informed you that there were several letters that I was unable to re-submit to you at that time due to being transferred to higher security and the unavailablity of having access to my property in which said letters were stored.

On January 4, 2007 I did receive most of my property. Please find enclosed the handwritten (H.W.) copies of the letters that never reached the courthouse due to interference from the Defendants (ie. letters dated September 14, 2006, September 20, 2006, September 28, 2006, October 11, 2006, & October 20, 2006).

Respectfully submitted,

Derek Sincere Black Wolf Cryer, Pro se
Souza Baranowski Correctional Center
P.O. Box 8000
Shirley, MA. 01464-8000

CC: file/1-6-07  H.W.

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Pro se Intake Clerk
Office of the Clerk
United States District Court
1 Courthouse Way, Suite 2300
Boston, Ma. 02210

FILED
CLERKS OFFICE
2007 JAN 10  P 2: 11

U.S. DISTRICT COURT
DISTRICT OF MASS.

DATE: September 14, 2006

RE:   Cryer   v.   Dennehy et al    Case No. 1:05-cv-11289

Dear Clerk,

On August 29, 2006 I submitted a "Motion to Compel" and a "Motion for Court to proceed on Plaintiff's Preliminary Injunction" in the same envelope. Please send me a copy of my docket text entries for verification that my motions made it to the Courthouse. Thank you.

Respectfully Submitted,

Derek Sincere Black Wolf Cryer, Pro se
Derek Sincere Black Wolf Cryer, Pro se
MCI Shirley Medium
P.O. Box 1218 - Harvard Road
Shirley, Ma. 01464

CC: File 9-14-06

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Pro se Intake Clerk
Office of the Clerk
United States District Court
1 Courthouse Way, Suite 2300
Boston, Ma. 02210

FILED
CLERKS OFFICE

2007 JAN 10 P 2: 11

U.S. DISTRICT COURT
DISTRICT OF MASS.

DATE: September 30, 2006

RE:    Cryer  v.  Dennehy et al      Case No. 1:05-cv-11289

Dear Clerk,

On September 19, I wrote requesting a copy of my Docket entries in which I have not received to date.

Please send me a copy of my Docket entries. I do not mean to be bothersome, however it's the only way I know if my motions reach the Courthouse. Thank you.

Respectfully Submitted,

Derek Sincere Black Wolf Cryer, Pro se
Derek Sincere Black Wolf Cryer, Pro se
MCI Shirley Medium
P.O. Box 1218 - Harvard Road
Shirley, Ma. 01464

CC: File/9 30 06

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

Pro se Intake Clerk
Office of the Clerk
United States District Court   2007 JAN 10  P 2: 11     DATE: September 22, 2006
1 Courthouse Way, Suite 2300
Boston, Ma. 02210
U.S. DISTRICT COURT
DISTRICT OF MASS

RE:   Cryer  v.  Dennehy et al      Case No. 1:05-cv-11289

Dear Clerk,

On 7/17/06 and 9/20/06 I wrote the Court requesting a copy of my Docket Entries. I have not received it. Am I allowed to receive only a certain number of copies per month of my Docket Entries? If so, I'm requesting that you kindly make an exception as the Docket Sheets are my only source of knowing if my Motions reach the Court.

Please send me a copy of my Docket Entries as soon as you can please or please let me know if my "Motion to Compel" and my "Motion for Court to proceed on Plaintiff's Preliminary Injunction" has reached the Courthouse and has been entered. Thank you very much.

Respectfully Submitted,

Derek Sincere Black Wolf Cryer, Pro se
MCI Shirley Medium
P.O. Box 1218 - Harvard Road
Shirley, Ma. 01464

CC: File / 1/25/06

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DEREK SINCERE BLACK WOLF CRYER

    Plaintiff,

v.

KATHLEEN DENNEHY, MICHAEL THOMPSON,
CAROL MICI, GREG McCANN, TINA RANNO,
MAE ROBINSON, GREG POLADIAN,
TOM LAVELLE, WILLIAM TAYLOR

    Defendants,

FILED
IN CLERKS OFFICE
2007 JAN 10 P 2: 11
U.S. DISTRICT COURT
DISTRICT OF MASS

CIVIL ACTION
NO. 1:05-cv-11289

October 11, 2006

Dear Clerk,

    Please send me a copy of my Docket Entries. Thank you!

        Derek Sincere Black Wolf Cryer, Pro Se
        Derek Sincere Black Wolf Cryer, Pro Se
        MCI Shirley Medium
        P.O. Box 1218 Harvard Road
        Shirley, MA 01464

CC: file/10-11-06

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Judge Reginald C. Lindsay
United States District Court
1 Courthouse Way, Suite 2300
Boston, MA. 02210

FILED
CLERKS OFFICE   DATE: October 30, 2006

2007 JAN 10  P 2: 11

U.S. DISTRICT COURT
DISTRICT OF MASS.

RE:   Cryer   v.   Dennehy et al      Case No. 1:05-cv-11289

Dear Judge,

On 9-14-06, 9-20-06, and 9-28-06, 10-11-06, I wrote the Clerks Office requesting a copy of my Docket entries of which all my requests have gone unanswered. Will you kindly check into the matter please and provide me with a copy of my Docket Text because it is my only source of knowing if my Complaints/motions reach the Courthouse. I apologize for interrupting your time, and thank you very much.

Respectfully Submitted,

Derek Sincere Black Wolf Cryer, Pro se
Derek Sincere Black Wolf Cryer, Pro se
MCI Shirley Medium
P.O. Box 1218 - Harvard Road
Shirley, MA. 01464

CC: file/10-30-06

CERTFICATE OF SERVICE

The undersigned herby certifies that the forgoing Motion has been served upon Judge Reginald C. Lindsay of the U.S. District Court by 1st Class Mail, Postage Prepaid.

FILED
CLERKS OFFICE
2007 JAN 10 P 2:72
U.S. DISTRICT COURT
DISTRICT OF MASS

Derek Sincere Black Wolf Cryer, Pro se
Souza - Baranowski Correctional Center
P.O. Box 8000
Shirley, MA. 01464-8000

DATED: January 6, 2007

CC: file/H.W. 1-6-07