Steve York, Docket Clerk
U.S. District Court                    RE: Case# 1:05-cv-11289
1 Courthouse Way, Suite 2300
Boston, MA. 02210

February 10, 2007

FILED
IN CLERKS OFFICE
2007 FEB 13  A 10: 54
U.S. DISTRICT COURT
DISTRICT OF MASS

Dear Sir,

    I'm writing following up to make sure that you received my letter and motions to Judge Lindsay. That leter is dated December 26, 2006. Please send me a copy of the last two pages of my docket entries. Please let me know. Thank you.

                         Derek Sincere Black Wolf Cryer, Pro se
                         Souza-Baranowski Correctional Center
                         P.O. Box 8000-Harvard Road
                         Shirley, MA. 01464-8000

CC: file/H.W./2-10-07