UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

**DEREK SINCERE BLACK WOLF CRYER**

V.                         CIVIL ACTION NO. **05-11289-RCL**

**KATHLEEN M. DENNEHY, ET AL**

**JUDGMENT OF DISMISSAL**

LINDSAY, D.J.

    In accordance with the Court's Order of August 22, 2007 allowing the motion to dismiss of the defendants, Judgment is hereby entered as follows: Judgment for the defendants Tom Lavelle, William Taylor, Kathleen Dennehy, Michael Thompson, Carol Mici, Greg McGann, Tina Ranno, Mae Robinson, and Greg Poladian dismissing this action.

August 22, 2007               /s/ Lisa M. Hourihan
                                                  Deputy Clerk