UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

United States District Court
Office of The Clerk
1 Courthouse Way, Suite 2300
Boston, MA. 02210

FILED
IN CLERKS OFFICE

2007 AUG 27   DATE: August 24, 2007

U.S. DISTRICT COURT
DISTRICT OF MASS.

RE: CRYER v. DENNEHY ET AL,    CASE#: 1:05-cv-11289

Dear Clerk,

Yesterday I received the "Judgement of Dismissal" of the above titled case. However, I did not receive the Judge's "Opinion/Memorandum" in support of Dismissal.

* Please send me the Judges Memorandum and Order/Opinion dismissing this Action as swift as possible Please.

Respectfully yours,

Derek Sincere Black Wolf Cryer, Pro Se
SBCC
P.O. BOX 8000
Shirley, MA. 01464-8000

CC: ▇▇▇▇▇▇▇▇
file/8-24-07