UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

United States District Court
Office of The Clerk
1 Courthouse Way, Suite 2300
Boston, MA. 02210

FILED
IN CLERKS OFFICE

DATE: October 3 A 2007

U.S. DISTRICT COURT
DISTRICT OF MASS.

RE:   CRYER  v.  DENNEHY ET AL,          CASE#:   1:05-cv-11289

Dear Clerk,

        Please find enclosed an original and two copies of my Notice Of Appeal and Certificate of Service to be filed for service according to F.R.A.P. 3 (d).

        Respectfully submitted,

Derek Sincere Black Wolf Cryer, Pro Se
SBCC
P.O. BOX 8000
Shirley, MA. 01464-8000

CC: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓
   file/ 10-3-07

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DEREK SINCERE BLACK WOLF CRYER

    Plaintiff,

V.

KATHLEEN DENNEHY, MICHAEL THOMPSON,
CAROL MICI, GREG McCANN, TINA RANNO,
MAE ROBINSON, GREG POLADIAN,
TOM LAVELLE, WILLIAM TAYLOR

    Defendants,



CIVIL ACTION

NO. 1:05-cv-11289

FILED
IN CLERKS OFFICE
2007 OCT -5 A 11: 11
U.S. DISTRICT COURT
DISTRICT OF MASS.

## NOTICE OF APPEAL

Notice is herby given that Plaintiff in the above named case, hereby appeals to the United States Court Of Appeals for the first circuit from the final judgement from an order dismissing without prejudice for failure to exhaust administrative remedies; and dismissing with prejudice Plaintiff's harassment and retaliation claims for failure to state a claim that was entered on the 22nd day of August 2007.

DATE:  October 3, 2007

Derek Sincere Black Wolf Cryer, Pro se
SBCC
P.O. Box 8000
Shirley, MA. 01464-8000

CC: file/10-3-07

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

### CERTIFICATE OF SERVICE

I Derek Sincere Black Wolf Cryer, as Pro Se, under the pains and penalty of perjury, certify that on this __3rd__ day of __October 2007__, I did serve the Office of the Clerk of the United States District Court who is located at 1 Courthouse Way, Suite 2300 in Boston Massachusetts 02210 with the foregoing __Notice Of Appeal for case#1:05-cv-11289__ by first class mail, postage prepaid.

DATED: October 3, 2007

Derek Sincere Black Wolf Cryer, Pro Se
SBCC
P.O. BOX 8000
Shirley, MA. 01464-8000

CC: file/ 10-3-07