UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

United States District Court
Office of The Clerk
1 Courthouse Way, Suite 2300
Boston, MA. 02210

DATE: October 19, 2007

FILED IN CLERKS OFFICE
2007 OCT 22 P 1:37
U.S. DISTRICT COURT DISTRICT OF MASS.

RE: CRYER v. DENNEHY ET AL,

CASE#: 1:05-cv-11289 RCL

Dear Clerk,

According to F.R.A.P. Rule 10, I am informing the Court that I will not be ordering any Transcripts.

Thank you!

Derek Sincere Black Wolf Cryer, Pro Se
Derek Sincere Black Wolf Cryer, Pro Se
SBCC
P.O. BOX 8000
Shirley, MA. 01464-8000

CC: [redacted]
file/10-19-07

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

## CERTIFICATE OF SERVICE

I Derek Sincere Black Wolf Cryer, as Pro Se, under the pains and penalty of perjury, certify that on this _19th_ day of _October 2007_, I did serve the Office of the Clerk of the United States District Court who is located at 1 Courthouse Way, Suite 2300 in Boston Massachusetts 02210 with the foregoing _Notice That No Transcript will be Ordered_ by first class mail, postage prepaid.

DATED: October 19, 2007

Derek Sincere Black Wolf Cryer, Pro Se
SBCC
P.O. BOX 8000
Shirley, MA. 01464-8000

CC: file/10-19-07