UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DEREK SINCERE BLACK WOLF CRYER

    Plaintiff,

v.

KATHLEEN DENNEHY, MICHAEL THOMPSON,
CAROL MICI, GREG McCANN, TINA RANNO,
MAE ROBINSON, GREG POLADIAN,
TOM LAVELLE, WILLIAM TAYLOR

    Defendants,

CIVIL ACTION
NO. 1:05-cv-11289

FILED IN CLERKS OFFICE
2007 OCT 25 P 12:09
U.S. DISTRICT COURT
DISTRICT OF MASS.

## Plaintiff's Opposition Motion to Dismiss Plaintiff's Appeal As Untimely

Plaintiff in the Above named matter Request this Court to Deny Defendants motion to Dismiss For the Reasons as Stated in the Attached Declaration by the Plaintiff.

DATED: October 21, 2007

Derek Sincere Black Wolf Cryer, Pro Se
Derek Sincere Black Wolf Cryer, Pro Se
SBCC
P.O. Box 8000
Shirley, MA. 01464-8000

CC: File/10-21-07

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

## CERTIFICATE OF SERVICE

I Derek Sincere Black Wolf Cryer, as Pro Se, under the pains and penalty of perjury, certify that on this  21st  day of  October 2007 , I did serve Attorney Richard McFarland who is located at 70 Franklin Street., Suite 600 in Boston Massachusetts 02210-1300 with the foregoing  Plaintiffs Opposition Motion to Dismiss Plaintiffs Appeal as Untimely  by first class mail, postage prepaid.

DATED: October 21, 2007

Derek Sincere Black Wolf Cryer, Pro Se
SBCC
P.O. BOX 8000
Shirley, MA. 01464-8000

CC: file/ 10-21-07