UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DEREK SINCERE BLACK WOLF CRYER

    Plaintiff,

    V.

KATHLEEN DENNEHY, MICHAEL THOMPSON,
CAROL MICI, GREG McCANN, TINA RANNO,
MAE ROBINSON, GREG POLADIAN,
TOM LAVELLE, WILLIAM TAYLOR

    Defendants,

CIVIL ACTION

NO. 1:05-cv-11289

## Declaration by the Plaintiff

I Derek Sincere Black Wolf Cryer, Plaintiff in the above matter, State under the Pains and Penalty of Perjury the following in Support of my Opposition Motion to Dismiss Appeal as untimely:

I Am a Pro Se Plaintiff being housed at the States Highest Security Prison being a level 6 where movement outside of the Cells is Highly limited to Three (3) or Sometimes Four (4) hours a day thus limiting Plaintiff to legal Research and Law Library Access. More importantly Plaintiff is being housed in Unit G-1 where up until September 10, 2007 Plaintiff was limited to the Law Library and Research to about Three (3) hours a week. On September 10, 2007 and Updated Law Library Schedule was posted allowing an additional day (Sunday) for Unit G-1 to Access the Law Library (See Attached Schedule Marked "Exhibit A").

(Page 1 of 2)

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

## CERTIFICATE OF SERVICE

I Derek Sincere Black Wolf Cryer, as Pro Se, under the pains and penalty of perjury, certify that on this __21st__ day of __October 2007__, I did serve the Office of the Clerk of the United States District Court who is located at 1 Courthouse Way, Suite 2300 in Boston Massachusetts 02210 with the foregoing _Plaintiffs Opposition Motion to Dismiss Plaintiffs Appeal as Untimely_ by first class mail, postage prepaid.

DATED: October 21, 2007

Derek Sincere Black Wolf Cryer, Pro Se
SBCC
P.O. BOX 8000
Shirley, MA. 01464-8000

CC: file//10-31-07

"Ex. A"

# Souza Baranowski Correctional Center
## General and Law Library Schedule

**Morning: First Call (9:15-10:30 AM)**

| Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday |
|---|---|---|---|---|---|---|
| N1/P1 | G1/H1/K1 | ▓▓▓ | ▓▓▓ | ▓▓▓ | ▓▓▓ | M2 |

**Afternoon: Second Call: 1:30-3:30 PM**

| Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday |
|---|---|---|---|---|---|---|
| J2/K2 | ▓▓▓ | ▓▓▓ | ▓▓▓ | ▓▓▓ | ▓▓▓ | G2/H2 |

**Evening: Third Call (6:15-8:30 PM)**

| Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday |
|---|---|---|---|---|---|---|
| G1/H1/K1 | No Alternate South Xtra | South Xtra | North Extra | L1/M1 | J1 Sector 1 | J1 Sector 2 |

▓▓▓ Librarian is in Library/Shift
▓▓▓ Librarian is Off Duty

Start Date September 10, 2007

J. Chnesy 9/7/00