# United States Court of Appeals
## For the First Circuit

DC#: 05-11289
Lindsay

No. 07-2644

DEREK SINCERE BLACK WOLF CRYER,

Plaintiff, Appellant,

v.

KATHLEEN DENNEHY, ET AL.,

Defendants, Appellees.

Before

Torruella, Circuit Judge,
Selya, Senior Circuit Judge,
Lipez, Circuit Judge.

JUDGMENT

Entered: January 24, 2008

We have received the appellant's response to this court's show cause order of November 19, 2007. For the reasons stated therein, we dismiss this appeal as untimely.

The motion for appointment of counsel is denied as moot.

The appeal is dismissed.

By the Court:

Richard Cushing Donovan, Clerk.

MARGARET CARTER
By: _____
Chief Deputy Clerk.

[cc: Derek Black Wolf Cryer, Richard McFarland Esq.]